...TED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
PRO-SE, NATIVE OF SACHEM OF
TRIBE WYANDANCH INDIAN NATION
KEVIN DAMION CHICHHOV *
INDIVIDUALLY, & ON BEHALF OF ALL
OTHER, SIMILARLY SITUATED, EQUAL
PROTECTION RIGHT-UNDER A CLASS-
OF-ONE, & WRONGFUL-CONFINEMENT
IN S.H.U. FOR YEARS 96-MONTHS
            - VS -

"ACT, ING BOSS ANTHON J. NOTORIOUS
ANNUCCI" OF THE DOCCS CRIME
FAMILY," DIRECTOR, S.H.U. DONALD
A.K.A. "DONEZFORCER" VENETTOZZI,
OVER 1000, 1000, DUE PROESS VIOLATIONS
MYSELF & OTHER PRISONERS AT 60 DOCCS
PRISON'S, "PROOF ARE IN FEDERAL &
STATE'S COURTS RECORDS," DEPUTY C.L.
MORRI'S A.K.A. "BLACKWIDOW"
OF A.D.A. AT E.C.F. WAS PRIOR-EX
DIRECTOR "FRP" & WAS "EXTORTING
CASH & KICKBACK FROM PRISONERS
FAMILY ; STILL INVOLVEMENT
OF VARIOUS CRIMINAL ACTIVITIES
AT ALL DOCCS PRISONS "FRP", &
SENIOR STAFFS & · CHO MORRAS &
DEPUTY COMM PROGRAM JEFF MCKOY,
& CHO WRONGFUL CONFINEMENT
WITH NO "EVIDENT & NO HEARING TAPES
& FABRICATED MISBEHAVIOR REPORTS
C.O. RICE, JANE-DOE OF F.O.I.L.,
C.O. J. WALLACH, C.O.S. PERROTTA,
C.O. W. CADRETTE, C.O. M. SAKID
EZ, TCR. GIBSON REAL FAT," S.H.U.
C.O. MCGILL, C.O. TRAVIS, LT
SIMMIOU, C.O. T. THOMAS, C.O JR-

AMEND - COMPLAINT
IMMINENT DANGE &
WHISTLE-BLOWER ACT'S:
21-CV-0692 (DNH/TWD)
JURY TRIAL ☑ YES
PURSUANT TO 18 U.S.C.
§1961-1967(6) (RICO-ACT
& 42 U.S.C.§1981, 1983,
1985, 1986, AS WELL AS
F.R.A. OF 1973 § 504, 29 U.
S.C.A. §794(A) & A.D.A.
SECTION 504, 202 42. U.S.C.A.
§12132, TITLE II & SEEKING
DECLARATORY'S & INJUNCTI
VE RELIEF, "CLEAN WATER
ACT (CWA) (33 U.S.C.A. §§
1251 ET. SEQ," "SECTION (VI) 16,
U.S.C.A. § 1532 (3) AT (16)
1531 OF "ENDANGERED →
SPECIE, ACT OF 1973 §
(2) ET. SEQ (ESA 16 U.S.
C.A. 1540 INJUNCTIVE
RELIEF, "SYSTEMIC SERIES
"ENFORCEMENT ▪ POLICY
DISCRIMINATED AGAINST
CONTINUING WRONG →
DOCTRINE, (CERCLA) (42
U.S.C.A.) §§9601 ET. SEQ
1913 (J) JUDICIAL, REVIEWS
"STABILIZATION. DOCTRINE
(16) (RFRA) A PATTERNED
VIOLATION UNDER COLOR OF
STATE'S LAWS, 1ST, 4TH, 8TH, 14TH
AMENDMENTS.

SEE- ATTACH)

MEINEKE, JR, C.O.M. MEINEKE, C.O. JOHN-DOE FAT WITH NO
HAIR ON HEAD WHITE ABOUT 6 FEET 3, ABOUT 300 POUNDS, S. HU,
C.O. R.M. ROBINSON, LT ZWECK, SGT JOHN-DOE (1) S.H.U.
SGT JOHN-DOE 2 - S.H.U., SGT JOHN-DOE (3) B-3 BLOCK, DSS
JOHN-DOE, C.O. BRENNAN, C.O. HENRE OR C.O (4) CHO →
MORRAN SUPER FREAK A.K.A. OLD COYOTE THAT I CAUGHT ON
4.16.21 AT HEARING WITH C.O.T. THOMAS HAVING SEX; WITH
LIQUID ON HER FACE; WAVE; SHE MARRY, WARDEN L. GILL
EY, CAPT (A), LT. VANDEWEE, DSS JOHN-DOE SKIN-HEAD
DR. GUZMAN, N.P.A. ANDOLA, NURSE (1) FAUIKUR FAT
; OLD, NURSE (2) FAUIKUR YOUNG; FAT SISTER, COUNSELOR
FRANISCO, C.O. JAMIL OLD FAT DOT WHOLE IN FACE,
DENTAL DR. JOHN-DOE, C.O. LAKE, UNDERBOSS A. RODRIG
VEZ S.H.U. DIRE, MS. LEWIS, AUDIOLOGY JOHN-SHERHAM
PATTERNED OF ALTERNAL MEDICAL FOLDER TO MOVE HANDICAPP
PRISONERS OUT OF A.D.A.; F.R.A. PROGRAM; MISSING FUNDS
"DISCRIMINATING; RETALIATION, ALSO AT SULLIVAN. C.F.
2019, " THE CIVIL ENFORCEMENT PROVISION OF
RICO ACT PROVIDES THAT "[A]NY PERSON INJURED
IN HIS BUSINESS OF PROPERTY BY REASON OF A VOILATION
OF [ 18. U.S.C. § 1962 ] ... MAY SUE ... IN
ANY UNITED STATES DISTRICT COURT AND SHALL RECOVER
THREEFON THE DAMAGES... " 18 U.S.C. § 1964(C)
C.O. JOHN-DOE FROM 12.15.2020, B-3
NO NN A.C.F., DEPUTY PROG, GALYN V. SCHENK,
DEPUTY SUPT (1) ZEBRA A. CICCONI - CROZIER, DSS (3)
JOSEPH. E. COREY, (1) JOHN-DOE 11.29.2020 AT A.C.F.
DRAFT PROCESS LOOK LIKE CLARK KENT, (2)
JOHN - DOE THAT WORK ON 11.29.2020; C.O. B
TUCKER, ; C.O. D.K. TUCKER BOTHS DRAFT
PROCESS, / EX - C.O. - ORC HODSONS, HAS MENTAL
HEALTH ISSUES,

2)                    (SEE - ATTACH)

C.O. J. BUTLER, LT. T.C. ABATE, Capt NORRIS, B.S, ADS, M.T. BUTERA, JAMES DONAHUE, "DAVID DINELLO PHY(3) N.P. LISA. M. EVERETT, NURSE,(2) C. FLANSBURG, ADS, H.S. FOWLER, PHY(2) DEBORAH GEER, ON 9.15.2020 6:10AM NURSE CHRISTA HOLME DENY ME MY LIFE SUSTAIN MEN H.I.V. ; BOOST, PHARMACIST SUSAN. M. JAKAUG, NURSE ANN KENNEDY, DENTIST (1) JOHN R. MACCAULY DENTIST (2) F. OSONSKI, PHARM SUPER D.R. SANDERS, WARDEN ~~M.T.~~ JOHN-DOE, "NOW FIVE POINTS C.F. WARDEN M.T, DSS ROCKER, DR. WRIGHT, FAT SHEMALE KIRSTEN STANTON, ABUSED FOR YEARS, NURSE, N.P. K. M. SALOTTI, SGT. S. D. VANHORN, SGT S. G. CASPER, COUNSEL M.J. RANIERI CHO OF HEARING, NOTARY PUBLIC STATE OF NEW YORK NO. 02RA0171153#, FALSE DECLARATION BY JESSICA BURNETT, IN CASE NO # 15-CV-6252 [EAW] CLIN-PHY 2 MICHELLE L. BELGARD, LIEUTENANT A. → LIL-MAN GIANNINO, OVER 18 FALSE HEARING ; HE FABRICATED FALSE EVIDENT ; WRONGFUL CONFINEMENT TO COVE UP HIS ; OTHER DEFENDANTS MISCONDUCTS IN S.H.U. - VIDEO-TAPES FOR YEARS 2015 - 2018, C.O. K.S. OR S.K., REAL FAT ; UGLY ABOUT 6-FEET 2 INCH WORK 12- ; 11 BLOCK ; VIOLATION SEARCHES ; SEIZURE ; C.O. CLARK, SEXUAL SODOMY ; RAPE ; EXCESSIVE FORCE WITH MACE ; ASSAULTED SYSTEMIC → PROBLEMS, ; C.O. JANE-DOE PACKAGE ROOM REAL SKINNY BLACKHAIR ; MARRY TO LT, C.O. COUNTRYMAN COLT, C.O. COUNTRYMAN BARRY, DR. M. MEKIARE, C.O. E. KUEBLER, PHY ASST. C. GARDNER, ORC. S. HILL C.O. HERBERT KUEHN, C.O. FLICH 12-BLOCK, FAT, NURSE ADMIN(1)R. JANSEN, NURSE II K. LAFLER, PHARM-AIDE BRYCE HELMICKI, JANE-DOE PHARM AIDE, DSP LAURINE JONES, SGT JAMES COPPOLA, DSS R. CONENLY (SEE-ATTACH)

( SEE - ATTACH )

LT, WALAWIENDER, LT. S. MARKETTOS, LT. JOHN-
DOE (1) LT. JOHN-DOE (2) C.O JOHN-DOE, (1) C.O. JOHN-
DOE, 2) C.O. JOHN-DOE (3) LT. MICHAEL S. REESE, 3 PARTY,
DANIEL M. EISENBERG, (1) FINERTY E. COURTNEY (2) BOTHS ON
4.3.2017 ; PHILIP DESGRANGES PRISON TOUR THE WEEK
OF OCT. 17. 2016 A - NON PROFIT INDEPENDENT ORGAN
IZATION, "; INDEPENDENT EXPERT Eldon VAIL,
3rd PARTY DR. KEVIN. S, OF SYRACUSE BONE ; JOINTS →
CENTER, AUDIOLOGY DR. G) F. D. C.F, 3rd PARTY JPAY
INC, " EX-CMO-DR. KOENIGSMAN, EX-RMD- DAVIS S. DINELLO,
NOW SOUTHPORT. C.F. I.G.R.C. SENIOR STAFF (1) LINDSEY
M. MCALINN, ; (2) IGRC AANUAL ONIFER, CLIN PHY M.
JONES, NURSE MACK JR. WILLIAM, C, DEPUTY SUPER →
Adm. S. 3. ANDREW J. KOPEC, DSP (3) CHARLES F. D. S
C.F. KEVIN M. MCCARTHY, N.P. BENJAMIN Amy. OKES,
WARDEN PAUL. T. PICCOLO, NURSE (2) WARR A. MICHAEL,
DSS (3) GREGORY D. STACHOWSKI II, NURSE ZANKO
MARY GOULD, NURSE Floyd LISA FULLER, REAL FAT
UGLY, NURSE Amy L. FELKER Admr(1), "C.O. PETER A.
MASTRANTONIO HAS PATTERN OF ASSAULTED GO BACK 20 YEAR,
"; EXCESSIVE USED OF FORCE ; WITH MACE AGAINST "BLACK
PEOPLE," ; "DOCCS KNOW OF THE RISKS". NURSE NIKKI GOULD,
NURSE SEDGER, REAL OLD, SGT. GEORGE D. GILMOUR,
SUPVO O.R.C. BRANDI M. FOLEY, C.O. MICHAEL J GIAN,
C.O. B. SMITH, C.D. FRENCH KYLER, C.O. FRENCH A,
C.O. JAYNES, AMANDA L. C.O. B-2. JOHN-DOE, B-2-C.O.
JOHN-DOE, EX GOVERNOR ANDREW M. CUOMO, HEALTH
— DEPARTMENT COMM. H. A. ZUCKER. M. D. J.D. ; EDC
SALLY DRESLIN, M. S. R. N. OF PROFESSIONAL MEDICAL
CONDUCT (OPMC) THAT KNEW OF BOTH EX-RMD. DR. D
S. DINELLO, ; EX-COM -DR. KOENIGSMAN, BACK. IN 2007
—2008, DOCCS HIRED DR. D. S. DINELLO, AFTER HE WAS
DISCHARGING FROM AUBURN MEMORIAL HOSPITAL EMERGENCY
ROOM BY "SR. D. M C"; THEY FIND HIM GUILTY

DEFENDANT(S) ARE SUE IN THEIR INDIVIDAL
CAPCITY AND IN HIS / HER DOCCS ; OTHER
OFFICIAL CAPCITY :

PRO-SE NATIVE SON OF SACHEM OF TRIBE
WYANDANCH INDIAN NATION LONG ISLAND.
PLAINTIFFS MR. KEVIN D. CRICHLOW BY ;
THROUGHT "PRO-SE" ALLEGES UPON KNOWLED
GE AS TO HIMSELF ; UPON INFORMATION ;
BELIEF AS TO ALL OTHER MATTERS AS FOLLOW, :

## : "PRLIMINARY STATEMENT" :

1) MR. KEVIN D. CRICHLOW FILES THIS ACTION
PURSANT TO 42 U.S.C.A. (A) 1981 EQUAL RIGHTS UNDER
THE COLOR OF LAW OR FEDERAL LAW, (A) STATEMENT OF EQUAL
RIGHTS (B) "MAKING ; ENFORCE CONTRACTS" (C) PROTECTION
BY THIS SECTION ARE PROTECTION AGAINST IMPAIRMENT BY
NON GOVERNMENT "DISCRIMINATION ; IMPAIRMENT UNDER
COLOR OF STATE LAWS ; FEDERAL LAW, ALSO PURSANT
TO 28 U.S.C.A. § 1658, TIME LIMITATION IN THE CUMME
NCEMENT OF CIVIL ACTION ARISING UNDER ACTS OF
CONGRESS. (A)(B)(1)(2). PURSANT TO 42. U.S.C. § 1981, 1983
1985, ; 1986, ALSO UNDER 18. U.S.C. § 1961-1967 (G) ET SEE
"RACKETEER INFLUENCED ; CORRUPT ORGANIZATIONS
ACTS" (RICO,": DOCCS OFFICIAL RECEIVED "REWARD ;
BONUS" ("FOR SENIORS STAFFS ; OFFICIAL MISCONDUCT
THE FEDERA REHABILITATION ACT OF 1973 ; THE
AMERICAN, WITH DISABILITES ACT OF 1990 (SECTION
504 - TITLE 1) 2) 3) 42. U.S.C. § 12101-12213, 42 U.S.
C. § 200 CC (A) RLUIPA, 42 U.S.C.A. § 1997 E) E) R FRA,
5) TO THE UNITE STATE CONSTITUTION, TO SEEK

DECLARATORYS ; INJUNCTIVE RELIEF, "CLEAN WATER ACT (CWA)(33 U.S.C.A. §§ 1251 ET. SEQ," SECTION (11)(16) 1531 OF "ENDANGERED SPECIES, ACT OF 1973 §(2) ET. SEQ" (ESA-16 U.S.C.A. 1540 INJUNCITIVE RELIEFS, N.Y.C.P.L.R. §214(5) "PROBLEMATIC PERSONAL INJURY ACTION CAUSE BY THE LATENT EFFECT OF EXPOSURE TO SUBSTANCES ON OR IN THE BODY, "THE DISCOVERY RULE" SEE N.Y.C.P.L.R. §214-C-2 (MCKINNEY 214-C-4), "SYSTEMIC SERIES OF ENFORCEMENT POLICY DISCRIMINATED AGAINST PLAINTIFFS CONTINUING WRONG DOCTRINE, (CERCLA)(42 U.S.C.A) §§ 9601 ET. SEQ 1913(J) JUDICIAL → REVIEW "STABILIZATION DOCTRINE(16) "SECTION (11) 16. U.S.C.A. § 1532(13) "THAT THE PERSON AUTHORIZED TO BRING SUIT TO PROTECT AN ENDANGERED OR THREATENED SPECIES CAN BE AN ANIMAL THAT IS ITSELF ENDANGERED OR THREATENED(16) ; NATIONAL ENVIRONMENTAL POLICY ACT, "CRIMINAL PROSECUTION UNDER ENDANGERED SPECIES ACT OF 1973 16 U.S.A. §§ 1531-1543) AT(5) "EQUEL PROTECTION OF LAWS," NATIVES ; CULTURES 8 BLANKET GRAND FATHER" CLAUSE IN STATUTE §§ 1538(B)(1) AND TO INSURE THE SPECIES CONTINUED TO EXISTENCE= "BLACK INDIANS RESERVATIONS ; ANIMAL → SPECIES, ; SEEK REDRESS FOR A SERIES OF VIOLATIONS OF A STATUTORY ; BREACH OF DUTY ; BREACH OF → SEVERAL CONTACT ; AGREEMENT REGARDING SEVERAL SETTLEMENTS OF BOTHS FEDERAL ; STATES CIVIL RIGHTS CLASS ACTION F.R.A. & A.D.A. PATTERED OF SEXUAL → SODOMY ; RAPES & SEXUAL ABUSE ; SEXUAL HARASSMENT IS AT A ALL TIME HIGHT, "PREA → PENAL LAW §§ 210.45. 240.50) ; NEW EXCESSIVE FORCE IS WITH EXCESSIVE SPRAYING MACE IN EYES CAUSING LIFE TIME DAMAGES FROM DEADLY TOXIC CHEMICAL CAUSING BLINDNESS,

6

¡ ASSAULTED ¡ BATTERY, PATTERNED of DELIBERATE INDIFFERENCE SEVERAL CHRONIC GUM PERIODONTAL DISEASE ¡ OTHER CHRONIC DISEASES ¡ CONDITIONS, " IMMINENT ATTENTION " CHRONIC SPINAL ¡ HIP PAIN FOLLOWING SEVERAL ASSAULTED BY STAFFS ¡ OTHER PRISONER(S) NON- ~~~~~ EXISTENCE ING HEALTH CARE AN ONGOING POLICY SERIES OF DELIBERATE INDIFFERENCE ¡ H.I.V. SINCE 1989 " DENIED PAIN MEDICATIONS LIKE 10.000 OTHER PRISONERS DESCRIBING SIMILAR SITUATIONS, FORCE TO DRINK TOXISIN CONTAMINATION BROWN ¡ RED WATER, FROM " OLD PIPELINE WHEN E. C. F. WAS FIRST BUILD AROUND → 1865 " ¡ EMANCIPATION PROCLAMATION,

TO SEEK REDRESS FOR " LONG - TIME VICTIMS OF DUE PROCESS ¡ OTHER SERIES UNCONSTITUTIONAL CONDITIONS OF HIS CONFINEMENT THAT WAS ALSO IN VIOLATION OF " INTERNATIONAL HUMAN RIGHTS LAWS AGAINST TORTURE ¡ PUNISHMENT, ¡ IN VIOLATION EN VARIOUS NEW YORK STATE LAWS, ¡ FEDERAL LAWS WHILE CONFINED IN SEVERAL SEPARATE FACILITIES IN D.O.C.S. IN VIOLATIONS OF 1ST, 4TH, 5TH, 6TH, 8TH, 14TH, AMENDMENTS RIGHTS " . . . . 29 U.S.C. 794, U.S.C.A. § 1985(3) EXEMPLARY DAMAGE PUBLIC ACT OF NYS, ¡ " TRAUMATIC SUFFERING INJURY ' UNDER ( RCRA ) AT 1) 2) 3) 4) ( CVRA ) ¡ " 151 ", " ENVIRONMENTAL ENDANGEMENT PROSECUTION CRADLE TO GRAVE " H ¡ 'S WA OF 1980 ( OSHA ) EPA VIOLATIONS, CONSPIRACY § 1985(3) ¡ ELLIOTT – LARSX N C.R.A. SYSTEMIC PATTERNED OF GROSS NEGL IGENCES, OCCUPATIONAL SAFETY ¡ HEALTH ACT OF 7) 1970 18.29 U.S.C.A. § ~~~~~ 667

"PRELIMINARY STATEMENT"

(1)                     II

EXISTENCEING ONGOING CATEGORIES
OF POLICY(S) OF EXHIBITING DELIBERATE
INDIFFERENCE, TO ALL OF MENTAL ILLNESS
& PHYSICAL H.i.V. SERIOUS medical Needs,
; BOTHS HEARING AiDs ; VISION iNPAIRMENT
DENY OPERATIONS FOR YEARS & OTHER HEALTH
SERIOUS ISSUES, PROFESSIONAL NEGLIGENCE
FRAUD, WRONG OPERATION, NEGLIGENCE INFLICTION
OF EMOTIONA DISTRESS, GROSS NEGLIGENCE,
EXEMPLARY DAMAGES, CONSPIRACY STATE -CREATED
DANGER, BODILY iNTEGRITY & EQUAL PROTECTION
BOTHS PHYSICALLY & MENTALLY DETERIORATED,
& SINCE 2008 NONE EXISTENCEING DENTAL
TREATMENT FOR "DIAGNOSED WITH CHRONIC →
PERIODONTAL DISEASE & HAVING ALL DAY & NIGHT
EXCRUCIATING PAIN & BY NOT GETTING NO TREATMENT
EVERY YEARS I HAVE MOUTH FULLY OF PUS & UNBEARABLE
PAIN ; COULD NOT EAT OR BRUSH TOOTH CAUSE OF GUM LINE
MISSING ALL THE WAY UP TO ROOTS, THAT WAS DAILY
NO FRUIT TO EAT TOO PAINFUL, ALL DENTAL AT EVERY
PRISONS REFUSED TO TAKE OUT ALL OF my TOOTH CAUSE
THEY ONLY GET $75.00 BONUS, DENY me PAIN meds &
ANTIBIOTIC FOR ABSCESS FOR REPEATED INFECTIONS &
ALL TOOTHS WAS ROTTEN SiNCE 2008)
ALL FORCE TO DRINKING CONTAMINATED WATER &
FOOD COOK WITH THIS TOXIS & RECEIVING INADEQUATE
CARE FOR ALL INJURYTES, & H.i.V. meds LiFe SUSTAIN
meds & BOOST WAS CUT-OFF AS RETALIATION & ABUSE
OF AUTHORITY & WILFUL & PERSISTENT misconduct &
PLAINTIFF WAS ASSAULT & BATTERY BY HEALTH CARE ACTION
& is ENTITLED TO HEALTH CARE UNDER "CHAPTER,
17 OF TITLE 38 OF THE UNITED STATES CODE -

8)

2) EXISTENING ONGOING POLICY(S) WILLFUL
MISCONDUCT AT ALL AREA OF PRISONS INVOLVING
"CONSCIOUS WRONGDOING OR KNOWING PROHIBITED
ACTION" OR DELIBERATE OR INTENTIONAL WRONGDO
ING WITH KNOWLEDGE OF OR WANTON & RECKLESS
DISREGARD OF ITS PROBABLE CONSEQUENCES
38 C.F.R. 33.1(N)(1)(2015) ALSO CONTRACT DID NOT
BAR RECOVERY FOR LOST REVENUE THAT FLOWED
DIRECTLY FROM BREACH OF CONTRACT UNDER
INDIANA LAW; BREACH AMOUNT TO WILLFUL
MISCONDUCT WAS MATERIAL FACT ISSUES, &
CAUSATION & DAMAGES WERE MATERIAL FACTS

3) PLAINTIFF(S) ARGUE THAT F.P.C.F., E.C.F.
A.C.F. & S.P.C.F. "EISTENING ONGOING
POLICY(S) WILLFUL MISCONDUCT; ALL MEDICAL
DEFENDANTS HEALTH CARE AT ALL ABOVE PRISONS
(COLLECTIVELY "DEFENDANTS") FAILED TO TAKE
PRECAUTIONS TO PREVENT THE SPREAD OF "COVID-19"
WHICH ULTIMATELY CAUSE THE DEATH OF OTHER
PRISONERS ▓▓▓ WITH ▓▓ ILLNESS & WITH
OUT ILLNESS BECAME SICK OR SUFFER FROM
OTHER SERIOUS MEDICAL NEEDS, SUFFER FROM BOTHS
EMOTIONAL SIDE EFFECTS; PHYSICAL SIDE EFFECTS
OF (COVID-19) DOCCS AT ALL PRISONS "FAILED TO
ENFORCE SOCIAL DISTANCING; FAILED APPROPRIATE[LY]
SEPARATE RESIDENTS OR PRISONERS IN ACCRDANCE
- WITH LOCAL, STATE & FEDERAL GUIDANCE" FAILED TO
ENFORCE SOCIAL DISTANCING AMONG STAFF," FAILED
TO CANCEL ALL GROUP ACTIVITIES & COMMUNAL
MESS HALL OR DINING "FAILED TO TIMELY RESTRICT
ALL MOVEMENT & VISITORS," FAILED TO ENSURE
9) APPROPRIATE STAFFS LEVES" FAILED TO ENSURE

"ALL STAFFS ; PRISONERS (SIC) WEAR A CLOTH FACE
4) COVERING" IT TOOK OVER 120 DAYS AFTER BOTH LOCAL,
STATE ; FEDERAL GUIDANCE" ACCORDANCE TO
ORDER FROM ANDREWS M. CUOMO GOVERNOR".

"FAILED TO ENSURE ALL HEALTH CARE PROFESSIONAL
; STAFFS WERE PROVIDED A FACEMASK OR CLOTH
COVERING WHILE IN THE FACILITY," FAILED TO ENSURE
ALL HEALTH CARE PROFESSIONAL WORE A FACEMASK
OR CLOTH COVERING WHILE IN THE FACILITY;"
"FAILED TO ADEQUATELY SCREEN VOLUNTEES
; NON-ESSENTIAL "HEALTH CARE" PERSONNEL PRIOR
TO ALLOWING THEIR ENTRANCE INTO THE FACILITY,"
"FAILED TO ACTIVELY SCREEN EVERYONE ENTERING
THE BUILDING FOR FEVER; SYMPTOMS OF COVID-
19 ; FAILED TO MONITOR LOCAL, STATE AND
FEDERAL HEALTH GUIDANCE ON THE CORONAVIRUS
FOR MAINTAINING THE SAFETY OF ITS PRISONERS
OR STAFFS, ITS RESIDENTS,
5)
VARIOU STATE-LAW ; FEDERAL LAW CLAIMS OF →
NEGLIGENCE, GROSS NEGLIGENCE, CRIMINAL NEGLIG
ENCE, WRONGFUL DEATH, COLD BLOOD KILLING OF PRISONER
S, MEDICAL ; DR. N.P. NURSE MALPRACTICE, AND
VIOLATION OF NEW YORK PUBLIC HEALTH LAW. VIOLATION
"PUBLIC READINESS ; EMERGENCY PREPAREDNESS ("PREP
") ACT, 42.U.S.C. 3247d-6d) ("CMS"); THE CENTERS
FOR DISEASE CONTROL ("C.D.C") SPECIFICALLY COMPELLED
HEALTHCARE PROVIDERS ; NURSING HOMES OR PRISONS TO
(THE COVID-19) PANDEMIC"; THERE DEFENDANTS
WERE "ACTING UNDER SPECIFIC FEDERAL INSTRUCTIONS/
REGULATIONS" (NIOSH)... SECTION 247 OF THIS
TITLE 42.U.S.C. 3247d-6d(i)1) (PHSA) ; SECTION
564 OF THE [FDCA] ; ("CARES") ACT DOCCS HAS
NO OR ANY RESPIRATORY PROTECTIVE DEVICE"
APPROVED BY NIOSH) ; DOCCS VIOLATION F.R.A. ; A.D.A
O) ; 42U.S.C. 3247d-6d(i)2) ; (i)5) ALSO DISCRIMINATION

➤ ,,6)

EXISTENCEING ONGOING POLICY(S) OF
DISCRIMINATION AGAINST DEAF ; HARD OF
HEARING PRISONERS ; BLIND PRISONER AND
PRISONER(S) THAT ARE TERMINAL ILLNESSES
; H.I.V. ; AIDS ; HEPATITS(B),(C) ;
TUBERCULOSIS, ; CANCER, ; M.S. ARE TREATED
DIFFERENTS THEN OTHER PRISONERS, ~~OTHER~~ OURS
CONDITION(S) HAS AFFECTED MY ; OTHER ABILITY
TO DO BASIC THING (E.g. SLEEPING, WALK, EAT,
WORK, ; CARE FOR MYSELF VERY HARD DUE TO
"DEGENERATIVE HIP CONDITION ; LOWER BACK
BONES ARE OUT-PLACE ; SO IS SPINAL CORD
SKELETON AT CENTER OF "BACK HIS A KNOT OF
SIZE OF A GOLF BALL ; EXCRUCIATING
PAIN ; BONES OF HIP RIGHT SIDE ; LOWER
BACK IS OUT OF PLACE FOR YEARS ;
GREATNUMNESSES TO THE POINTS I CANT
FUNCTION MY BODY ; WITH MY H.I.V.
POSITIVE ; WITH A WEAKEADE IMMUNE
SYSTEM ; ROTTEN TOOTHS FROM SERIOUS GUM
GUMS DISEASE CHRONIC EXCRUCIATED PAINFUL
; WHEN STOOLING ~~IT~~ ITS EXCRUCTATED PAINFUL
; BLOOD IS ALWAYS IN STOOL ; MY ANUS IS ON
FIRE ; ITS HARD TO SIT OR STAND CAUSE OF PAINFU

7)
PLAINTIFFS WAS ORDER A "UPSTATE MEDICAL →
UNIVERSITY DIVEY MANOCHA. M.D DATE 6.13.2016#
ACCOUNT NUMBER: 3009567653# RECOMMENDATION
PAGES 2 OF 3 - AWAIT PATHOLOGY SEULTS,. -REPEAT →
COLONOSCOPY IN 1 YEAR FOR SURVEILLANCE. -PERFO
BM AN UPPER GI ENDOSCOPY TODAY. — THE PATIENT
SHOULD USE AN EXTENDED PREP WITH 2 DAYS OF
,,1 COLYTE TYPE PURGATIVE PRIOR TO THE NEXT

8)

COLONOSCOPY. ITS BEEN 5 YEARS 90 DAYS STILL HAVE NOT HAD 2nd " COLONOSCOPS ; PERFORM AN UPPER GI ENDOSCOPY & SOMETIME MY CHRONIC LIVER DISEASE HAS MY " LIVER JUMPING IN-SIDE MY BODY LIKE A FISH OUT OF WATER CAUSING A STABBING PAINFUL IN MY STOMACH ; Abdominal DISTRESS CAUSED BY BLEEDING EXTERNAL ; INTERNAL ; INFLAMMED OR ON VERGE RUPTURING " ; ALL OF MY HEALTH NEED IMMINENT ATTENTION ; IT BEEN "SYSTEMIC PROBLEMS" ; CAUSING INFLAMED MY THROAT IS FULLY OF PUS EVERY DAY FROM → GUMS INFECTION THAT DO NOT GO AWAYS. ;

9)

RIGHT HAND HAS METAL ROD ; WITH 3 SCREW POPING OUT TOP PART OF HAND CAUSE EXCRUCI ATING PAINFULLNESS ; NUMBNESS TO MY WHOLE RIGHT SIDE OF BODY ; FACE WAS BROKE WITH JAW ; JAW HEALLED WRONG BOTHS FACE, HAND BACK CENTRAL part ARE ALL DEFORM " FROM ▬ RECEIVEDING INADEQUATE HEALTH CARES, THUMP WAS LEFT PARALLED BY DR. KEVIN. S) 2016 NEVER FIX, I CANT HOLD A PEN CAUSE OF PAIN ; NUMBNESS I HALF TO USED A RUBBERBAND TO HOLD PEN WHEN I WRITER CAUSE OF WEAKENED FINGER ; HAND ; ELBOW ARE LOCKING UP ; AGGRAVATES MY MEDICAL CONDITION ; EXACERBATES ; EXCRUCIATING PAIN... ; ITS HARD TO WRITE FOR ONLY 15 MIN BEFORE UNBEARABLE PAIN...

10)

EXISTENING ON GOING POLICYS OF DISCRIMINATION OF POISON FOOD SOY BEANS COOK IN TOXIN BAG ; HAS NUTRITIOUS IN LIMITED QUANTITIES IN DIET THAT CONTAININ SOY IN LARGE QUANTITIES

12

THE SO[...] EFFECT ON THE HUMAN BODY THAT IS
"1) A SERIOUS THREAT TO THE HEALTH & SAFETY OF THE
PLAINTIFFS & OTHER PRISONERS THAT HAS POOR HEALTH DUE
TO H.I.V. & SUFFERED AN "WEAKEAND IMMUNE →
SYSTEM & OTHER ILLNESSES" & SUFFERING SIDE
EFFECTS FROM INFLAMED PAINFUL SWOLLEN & PAIN
STOMACH VOMIT SOY BEAN RIGHT BACK UP, & RASH OVER
ALL OF MY BODY, IM 47 POUNDS UNDERWEIGHT FROM
DOCCS POLICYS NOT TO GIVE H.I.V. PRISONERS
BOOST OR ENSURE 2-AM & 7-PM EVERYDAYS, TO
RECEIVED ENOUGH NUTRITION & CALORIES TO MAINTAIN
MY HEALTH. & SOY BEAN & OTHER FOOD ARE ALWAYS
"SPOILED MOLD & OTHERWISE, UNHEALTHLY & ALWAYS
INADEQUATE IN AMOUNT,.. & IS "NOT WELL BALA
NCED MEALS CONTAINING SUFFICIENT NUTRITIONAL
VALVE TO PRESERVE MY HEALTH.. BASE ON DIFFER
ENTS IN TREATMENT FROM FEMALE PRISONERS ARE
NOT ENFORCE TO EAT SOY-BEAN BASED FOODS, & DOCCS
KNEW "ITS NOT FIT FOR HUMAN CONSUMPTION...

(2)

PRISONERS ARE ENTITLED TO HUMANE CONDITIONS OF CONFINEMENT
THAT PROVIDE FOR THEIR "BASIC HUMANE NEEDS, &
THAT INCLUDES". FOOD, CLOTHING, SHELTER, AND
"MEDICAL CARE". & 8TH AMENDMENT PROTECT PLAINTIFF FROM
"CRUEL & UNUSUAL PUNISHMENT" IN THE FORM OF "UNNECE
SSARY & WANTON INFLICTION OF PAIN" AT THE
HAND OF PRISON OFFICIALS. & DISCRIMINATION
DOCCS HAS TO TREAT BOTHS FEMALE & MALE
PRISONERS, SAME A CLASS OF-ONE & PLAINTIFF,
& S "ALLERIC TO SOY-BEAN CAUSE H.I.V.
IS BECAUSE & CANT EAT IT AT ALL, & THERE IS NO
REPLACE OF WELL BALANCED MEAL, & IM SUFFERING
SPECIFIC HARM,

SEE-ATTACH

13

13) PLAINTIFF(S) STATEMENT OF FACTS DOCCS HAS EXISTENING ONGOING POLICY'S OF SAVE MONEY & INRICHMENT BY NOT CUTTING ON HEAT INTO AFTER OCT. 25. 2021 AND PATTERN(s) OF EXTREME FREEZING TEMPERATURES & AT NIGHTTIME TEMPERATURE IN LOW 40's%. & PLAINTIFFS IN S.H.U. WIDTH OUT CLOTHING TO KEEP US ~~FREE~~ FROM FREEZING OR BOOTS OR SHOES, NO WINTER CLOTHING TO KEEP WARM AT ALL DOCCS PRISONER(S) & THE SERIOUSNESS OF THE COLD & ITS DURATION FOR MONTHS AT A TIMES, & SUFFERING FROM COLD & FLU EVERYYEARS SINCE 2008 TWO TIME A YEARS... NOW RIGHT NOW SEPT. 27. 2021 I HAVE FLU WITH NO SICK CALL BY NURSE SEGER.

14) EXISTENING ONGOING POLICY OF SERIES OF DELIBERATE INDIFFERENCE SERIOUS MEDICAL NEEDS, BY FAILING TO ORDER "THERA BREATH" PROFESSIONAL FORMULA (1) PERIODONTIST FORMULATED FOR HEALTHY GUMS & FRESH BREATH, FIGHTS BAD BREATH FOR 24 HOURS 100% GUARANTEED & FIGHTS GERMS THAT CAUSE GUM DISEASE & TOOTH LOSS & REDUCES → PLAQUE & TARTAR BUILDUP BOTHS "ORALRINSE" MY BREATH SMELL ODOR OF FUNGUS & TOP PART OF MOUTH TOOTHS GOT WHOLE FOR YEARS FROM ROTTENS TOOTHS & BROKEN JAW NEVER GOT FIT SOMETIME ITS POP LIKE A GUN TO GO BACK IN PLACE CAUSEING EXCRUCIATING." ITS (1) DENTALIST PER-5 PRISONS, DOCCS UNDER STAFFS & UNLICENSED DR, N.P. N.A, UNTRAIN WILLFUL MISCONDUCT MY TOOTH HAVE NOT BEEN CLEAN IN 60 YEARS.

15) EXISTENING SERIOUS ONGOING POLICYS OF DELIBERATE → INDIFFERENCE OF VIOLATIONS OF HUMAN CONSUMPTION & VIOLATIONS OF "ENDANGERED SPECIE, ACT OF 1973 BY GIVE A PROTECTED SPECIE (1) THE BALD EAGLE IS THE NATIONAL SYMBOL OF THE UNITED STATES, (2) RED-T-HAWKS, (3) OWLS (4) PRAIRIE DOGS (5) GOLDEN EAGLE (6) VARIOUS SPECIES OF OWLS (7) RACCOONS & FOXES RED & GRAY & GIVING BOTHS "SPECIES DANGROUS CHEMICALS EXPOSURE TO TOXINS IN UNSAFE DRINKING WATERS, TO SHOW DOCCS KNEW OF HARMS TO COME    SEE - ATTACH)

14)

16) 12:CV-07774. (NSR) AT 2nd AMEND-COMPLAINT
AT (175) ; (186)(194)-195)

PLAINTIFF(S) WILL SEE SOME OF SPECIES DEAD
INSIDE OF PRISONER WALL ; BY S.H.U. ; POPULATION
YARD DRINKING FROM WATER MAIN BROKEN LINE
BROWN RUST RED WATER WILL COME OUT OF PLACE
; BY ITS DESTROYING BOTH THEIR ENVIRONMENT ;
PRISONS ENVIRONMENT, OUTSIDE DORMS WAS CLOSE,
DUE TO HIGH LEVELS OF METAL IN WATER ;
IN VIOLATION OF (CWA)(33) U.S.C.A.) 1251 E.T. CONTINUING
WRONG DOCTRINE... WILFUL MISCONDUCT ALMOST
KILL ME ; OTHER PRISONERS ; SOME PRISONER
WITH "COVID-19 DIE FROM ILLNESSES ; CHRONIC
DISEASE FROM TO DRINK TOXISIN CONTAMINATION
WATER FROM OLD PIPELINE FROM 1865. ⟶
EMANCIPATION PROCLAMATION.


17) PLAINTIFF(S), SEEMS TO ARGUE CIVIL CLAIMS UNDER THE
THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATION
ACT ("RICO") 18 U.S.C. 1959-1967(6)(1)(2)(3)(4)(5)(6)(7)


18) PLAINTIFFS ALSO ASSERTS THAT ITS A LARGE ONGOING
DISCRIMINATION BECAUSE OF PROTECTED OF IS ; OTHER
HEARING ; SEEING OTHER DISABILITY ; DOCCS EXIBITS
DELIBERATE INDIFFERENCE. TO ALL OF MY BASIC HUMAN
NEEDS, ; THE POLICYS ; PRACTICEs COMPLAINED OF "ARE
WIDESPREAD, LONGSTANDING, ; DEEPLY EMBEDDED IN THE ⟶
CULTURE OF ALL [DOCCS] AGENCIES], CONSTITUT[ING]
UNWRITTEN [DOCCS] POLICIES ; CUSTOMS PLAINTIFFS
ALLEGATION ARE SUFFICIENT TO ESTABLISH A PLAUSIBLE CLAIMS OF
"ONGOING POLICY OF SEVERAL DELIBERATE INDIFFERENCE ; ACTS
ACTS TAKE IN ACCORDANCE WITH THAT POLICY. AN ONGOING
POLICY OF PATTERNED DELIBERATE INDIFFERENCE SUFFICIENT
TO SHOW A CONTINUING VIOLATION, WHERE THE ALLEGED
UNWRITTEN POLICY WAS "INCONSISTENT WITH
15)        WRITTEN POLICIES."

19) : <u>JURISDICTION</u> & VENUE :

THE COURT HAS JURISDICTION OVER THIS ACTION
PURSUANT TO 28 U.S.C. 1331 & 1343. VENUE
IS PROPER IN THIS COURT PURSUANT, TO 28 U.S.C.
§ 139 AS EVENTS RISE TO THIS ACTION OCCURED
WITHIN THIS DISTRICT, :

20)                    : <u>PARTIES</u> :

I PLAINTIFF(s) KEVIN DAMON CRICHLOW WAS
CONFINED(s) AT EASTERN N.Y. C.F. APPROXIMATE
LY DEC#5#2020# — JULY. 25#2021 - ABOUT 7-MONTHS
WILLFUL MISCONDUCT ALL THE TIME# FROM
NOV# 30#2020 — JUNE, 3. 2020 I WAS CONFINE
AT AUBURN.C.F. (5-MONTHS) FROM JUNE 3. 2020,—
MARCH 2019 I WAS AT "FIVE POINTS. C.F. 16 MONTHS &
FROM AUG. 29. 2018 — AUG. 26. 2015 ALSO FIVE POINTS. C.F.
S.H.U. 12-B-A-#-7 CELL & 10 MONTHS LONG TERMS KEEP
LOCK. 12-B-C-1-4 CELL # NOW AT SOUTHPORT.C.F.
NON-REASONABLE ACCOMMODATION I BEEN HERE
S.H.U. B.2.2.# ABOUT 90 DAYS WITH 2 YEARS S.H.U. &
"ROUTINELY POLICY & CUSTOM OF STRIPPING PLAINTIFFS
OF ALL "DEVICES & REASONABLE ACCOMMODATION - AMPLIFICAT
ION SYSTEM ALL WAS TAKEN (A) WILLFUL SERIOUS UNPROFESSION
AL,CONDUCT,(B) FAILURE TO PROPERLY SUPERVISE & PERFORM
HIS/HER DUTIES.(C) NEGLECT IN THE PERFORMANCE OF HIS/HER
DUTIES,(D) ABUSE OF AUTHORITY, (E) HARASSMENT OF INMATES AGAINST
DEPARTMENTAL RULES, (F) "ABUSING AND UTILIZING DISCIPLINARY
MEASURES FOR PURPOSE OF RETALIATION AND REVENGE." (G)
ASSAULT ON INMATES PERSON (MENTAL / PHYSICAL/ PSYCH
OGICAL). H) EMPLOYEES MISCONDUCT AS STATED IN THE
EMPLOYEES MANUAL & THE DEPARTMENTAL DIRECTIVE &
OTHER STATUTES THAT ARE APPLICABLE TO THE HEREIN
16) MATTER(S).

21) ON OR ABOUT DEC # 7 # 2020 1ST FLOOR MEDICAL DEPARTMENT TIME 8:00am I PLAINTIFFS HAD A FACE TO FACE WITH WARDEN L. LILLEY # AND DSS JOHN-DOE SKIN-HEAD # IVE WAS REPORTING LOST OF ALL OF my PERSONINAL STUFFS AND DOCCS STATE ISSUES ITEMS # I ONLY HAD (1) PANTS, (1) SHIRT BOTHS GREEN (1) SOCKS, (1) T-SHIRTS, (1) BOXER, (1) BOOTS SHOES # SINCE NOV. 30. 2020 ; IT IS EXTREME FREEZING TEMPERATURE ; HEATER ON B-3-BLOCK 1ST FLOOR 25 COMPANY 8 CELL IN FRONT OF SHOWER ; my CELL IS BROKEN ; ITS BEEN BROKEN SINCE 2010 WHEN I WAS HERE LAST TIME, WARDEN SAID HE WILL GET ME TO STATE SHOP NEXT DAY. ; FIT THE HEATER # IT TOOK 87 DAYS BEFORE I GOT NEW ISSUES STATE GREEN, I END UP WITH FLU ; INFECTION IN VIOLATION OF 1ST, 8TH, 14TH, AMENDMENT. ; CLOTHING DEPRIVATION "POSED A THREAT TO my HEALTH ; SAFETY "

22) ON OR ABOUT DEC. 10. 2020 # I WENT TO SICK → CALL FOR CHRONIC PAIN IN LOWER BACK ; HIP WITH SORE HIP BONE ; BONES OUT OF PLACE IN LOWER BACK # DEFENDANTS DR. GUZMAN REFUSED TO TREATMENT FOR my CHRONIC PAIN ; DENY ALL DEVICS KNEES → BRACES, BACK BRACE, CANE, ELBOW ; HAND BRACE, AND 2-AM BOOST ; 2 PM BOOST DENY ; CONTROL-A-DIET, THIS IS RETALIATION FROM PRIOR COMPLAINT THAT HE DEFENDANT ; NEVER RESPOND BACK TO CRICHLOW V. ANNUCCI * 18-CV-03222 (PMH) "AND HE TOLD ME WHY HE NOT GIVING TREATMENT CAUSE OF PRIOR COMPLAINT... VIOLATION 1ST, 8TH, 14TH, AMENDMENT... "SEE ATTACHMENT"

23) ON OR ABOUT DEC. 10. 2020 1ST FLOOR MEDICAL. DEFENDANT DR. GUZMAN ABOUT 7:30am ALSO REFUSED TO PROVIDE CARE FOR "CHRONIC PAIN ; DEGENERATION TO DAMAGES AREA OF BODY ARE LIKE BEING STABB EXTREM UNBEARABLE AND IT DAILY SUFFERING DAY ; NIGHT ; HAVE TO MOVE AROUND ALL NIGHT ; DAY JUST TO EASE SOME DISCOMFORT

(7)

PLAINTIFF SUGGEST, & CLAIM THAT (OFFICIAL) ACTED
OUT-SIDE THE SCOPE OF THIS EMPLOYMENT : MEDICAL
CONDITION THAT SIGNIFICANTLY AFFECTS HIS DAILY ACTIVI

TiES ARE PART OF ONGOING EXISTENCE(ING) POLICY
OF DOCCs CUTTING OFF DAILY pain meds & LIFE SUSTAIN
H. I. V. meds is ONLY TO SAVE MONEY : TO ENRICHMENT
OF DOCCs, WHY PATIENTS LIKE MYSELF SUFFER FROM
CHRONIC : EXCRUCIATING PAIN, : NOT RECEIVED
URGENCY CARE THAT MAY PRODUCE DEATH, : WAS APP
LIED IN A " MALICIOUS & SADISTICAL ; MANNER TO
CAUSE FUTURE SERIOUS : DAILY HARMS ", IN VIOLATORY
OF 1ST, 8TH, 14TH, AMENDMENT

24) ON OR ABOUT DEC # 11, 2020 " PLAINTIFF(s) NOTICE DAILY
ACTIVITIES OF CONTAMINATED WATER DARK BROWN ;
RUST COLOR RED ; METAL OF DEBRIS BREAK TO PIECES OF
RUST PIPELINE FROM " 1865 IT OLDER THEN 100 55 YEARS.
ITS ABOUT 6:00AM B-3-25-8 CELL ITS THE WATER WE HAVE
TO WASH UP : SHOWER WITH : TO CONSUME DRINKING
CONTAMINATED ; FOOD is COOK WITH THIS WATER, AND DOCCs
" FAMILY PROGRAM WHERE PRISONERS FAMILY ARE FULLY WITH
LEAD POISONING WHEN THEY STAY AT PRISONS FOR 72 HOURS
COOK, DRINK, SHOWS, CONTAMINATED : EXPOSED TO BACTERIA,
; " PLAINTIFFS NOTICE SEVERAL ENDANGERED SPECIE BIRDS
OTHER ANIMALS DEAD FROM DRINKING WATER WITH LEAD ; BACTER
A POISONING, FROM DEC. 2020 — JULY. 25. 2021 ; FROM NOV. 2010-
MACRH. 2012, PLAINTIFF(s) SUGGEST, : CLAIM THAT DOCCs →
DEFENDANTS SUBSEQUENTLY CONCEALED, IGNORED, ; " DOWN
PLAYED THE RISK OF " DRINKING WATER THAT AROSE
FROM YEARS : YEARS OF BAD WILLFUL MISCONDUCT CAUSING
PLAINTIFF(s) ; OTHER PRISONERS ; PROTECTED ENDANGER
ED SPECIE ; OTHER ANIMALS CAUSING US TO SUFFER
SERIOUS HARM ; DECEASED OF BOTHS HUMAN ; BIRDS
; WILD ANIMALS ; CRISIS is STILL WITH THEM ; CONTINUES
TO CAUSE THEM PROBLEMS LIKE LEGIONNARES →
DISEASE CAUSE FROM CONTAMINATED DRINK WATER
18                    (SEE - ATTACH)

By PLAINTIFFS STEVEN, SUFFERING FROM WEAKEACE IMMUNE SYSTEM ; OTHER ILLNESSES SERIOUS DIAGNOSED WITH CHRONIC PERIODONTAL DISEASE FOR #3 YEARS ; REPEATED ABSCESS ; ROTTEN TOOTH ; MOUTHFULLY OF PUS ; UNBEARABLE PAIN. THE CONTAMINATED DRINKING WATER CAUSE DETERIORATED IS KILLING ME ; NOW MY WHOLE SKELETON-FACE ; BONE IS WEAKEACE ; DETERIORATED MY WHOLE FACE ON RIGHTSIDE WAS BROKEN BY EXPOSED TO BACTERIA DISEASE ; LEAD POISONING ; LEGIONNAIRES DISEASE ; SEVERAL TYPE OF PNEUMOIA PLAINTIFFS ; OTHER PRISONERS, ; ENDANGERED SPECIES, CAN GET THE DISEASE IF BREATHE IN WATER DROPLETS CONTAINING LEGIONELLA - CONTAMINATED WATER ENTERS OUR LUNGS WHILE DRINKING AND DEFENDANTS WARDEN ; DSS ; HEAD OF DOCCS ARE GROSS NEGLIGENCE, ; PROBLEMS THE WATER IS DANGEROUS TO OUR HEALTH "DOCCS DISCUSSED THAT US PRISONER TO BOIL WATER ADVISORY ; LIEING TO PRISONER BY SAYING A SAMPLING ERROR IN A TEST OR A HIGH FECAL COLIFORM RESULT. (SEE ATTACH)


SINCE PLAINTIFFS BEING AT "EASTERN. NY. C.F. IVE NOTICE DEAD CARCASS/# BIRDS A LARGE BALD EAGLE, ; IS THE NATIONAL SYMBOL OF THE UNITED STATES."
AS WELL AS "RED HAWKS ; OWLS IN PRISONS YARD FROM DEC. 9@2020 — JULY 26@2020 2021 ; FROM MY ALL CELLS LOCATEION S.H.U. B-18, C-32, A-4, ; OTHER ANIMALS LIKE RACCOONS, FALCONS, PRAIRIE DOG NESTS BURROWS, PLAINTIFFS WITNESSES ; SMELL ODOR OF CARCASS/: OF VARIOUS SPECIES OF BIRDS ; OTHER ANIMALS ; INDIANS PRISONERS, IN VIOLATIONS OF SYSTEMIC SERIES CONTINUING CLAIMS DOCTRINE,(1) CLEAN WATER ACT (CWA)(33 U.S.C. A §§ (251 ET. SEQ) ; 1531 ENDANGERED SPECIES ACT OF 1973 §(2) SEQ (ESA)/(U.S.C.A. 1540 INJUNCT (9) IVE RELIEF ( SEE ATTACH)

THEORY _____ DISCRIMINATED
AGAINST "VERY DEADLY TOXIC CHEMICAL; CONTINUING
WRONG DOCTRINE," ; VIOLATED EQUAL PROTECTION RIGHT
UNDER A CLASS-OF-ONE *. CRIMINAL, PROSECUTION
UNDER ENDANGERED SPECIES ACT OF 1973 ALSO
IN VIOLATION OF A.D.A.; F.R.A. 1ST, 8TH, 14TH, AMENDMENTS
18. U.S.C. 1959 - 1967 (6) RICO ACT *.

26)

ON OR ABOUT DEC * 11 * 2020 TIME 7:30AM FIRST
MEAL 1ST MESSHALL BY LAW LIBRARY DEFENDANT
S, C.O. JAMIL, ; C.O. S. MEINEKE, AS I WALK INTO
MESS HALL BOTHS DEFENDANTS WAS POINTING ME OUT
TO OTHER C.O. STAFFS TELL THEM IM TROUBLE MAKER
; I LIKE TO FILE LAWSUIT ; GRIEVANCES ; THEY WAS
GOING TO GET ME BECAUSE THEY BOTHS LOST THEY
POST AFTER I FILE LAWSUIT LAST TIME THIS WENT ON
FOR 3 WEEKS TO END OF DEC 2020, IN VIOLATION OF 1ST, 8TH, 14TH
AMENDMENT.

27)

ON OR ABOUT DEC * 11. 2020 * TIME 12:00PM 1ST FLOOR BY
LAW LIBRARY BOTHS DEFENDANTS C.O. JAMIL ; C.O. S. MEINEKE
WILL KEEP PUTTING MY LIFE IN IMMINENT DANGE,
TELL ME THEY GOING TO SET ME UP ; TO GET ME OUT OF
EASTERN.NY C.F. I NOTICE A VERY SMALL FAT C.O. MCGIL
I LEARN IS NAME LATER, AS IM WALKING TO B-3. BLOCK
HE ASK ME MY NAME, THEN SAID HE KNOW ABOUT ME
; HE WILL SEE ME SOON IN S.H.U. ; TAKE CARE OF
EVERYTHING. ; I WILL NOT BE THERE LONG. NEXT IM BEING
THREATS ; HARASSMENT, ETC * ; DENY EVERTHING FOOD, CLOTHING
AND OTHER INHUMANE CONDITIONS IS WENT ON FOR MONTHS
IN VIOLATION OF 8TH, 14TH, AMENDMENT.

28)

ON OR ABOUT DEC. 11. 2020, C.O S. PERROTTA, ; C.O W.
CADRETTE, TIME 6:30PM S.D.U. REC. I NOTICE BOTHS
DEFENDANTS TELL PRISONERS BLIND ; HEARING IMPAIRMENT
THAT THE BIG T.V. IS FOR RACEING ONLY ; THAT
20 ONLY FOR WHITE PRISONER THATS SKIN HEAD

I NOTICE THE WHITE PRISONER DONT HAVE A HANDICAPP AT ALL ¿ THEY ALSO TAKE OVER DEAF T.V. ¿ THE BLIND PRISONERS ¿ MY-SELF DEAF ¿ HARD OF HEARING HAD TO WATCH SMALL T.V. ¿ YOU HAD BIG PRISONERS IN 14 OR 18 CELL THAT BLIND THAT ACT LIKE THE HEARING IMPAIR T.V. WAS HIS, HE SAID CAPT (A) TOLD HIM TO RUN THAT T.V. HE A BULLY, WHEN I TOLD BOTHS C.O S DERROTIA, ¿ C.O. W. CADRETTE, THEY BOTHS BECAMES BELLIGERENT DISCRIMINATED ¿ "MADE THREATS ¿ SAID WE DONT GIVE A FUCK ABOUT "BLACK LIFE MATTER", NOW GO BACK TO YOUR CELL, PLACE ON KEEP LOCK FOR 4 DAYS ¿ NEVER RECEIVED A MISBEHAVIOR REPORT, IN VOILATION OF $1ST$, $8TH$, $14TH$, AMENDMENT...

29)

ON OR ABOUT DEC. 12. 2020 TIME 8:30pm B-3-8. CELL 25 COMPANY DEFENDANTS C.O.M. SANDEZ REFUSED TO LET ME GO TO SICK-CALL OR FEED ME FIRST MEAL OF THE DAY, ¿ DENY ME REC, THIS WENT ON-¿ OFF INTO 4.19.2021, PLAINTIFFS NEED IT VERY BADLY TO SEE DENTAL FOR SERIOUS REPEATED INFECTION ¿ SEVERAL ABSCESS ¿ ALL OF MY TOOTH ARE ROTTEN ¿ LUSED CHRONIC PAIN ¿ MOUTH FULL OF PUS ¿ GUM ARE BLEEDING DAILY, THIS WENT ON REPEATED OCCURRENCE ¿ WIDESPREAD, THIS INCIDENTS DESCRIBED IN ABOVE ACTION DID NOT JUST HAPPEN TO PLAINTIFFS BUT ALSO TO OTHER, "OVER A LONG, CONTINUOUS TIME PERIOD," WHICH GIVE RISE TO AN INFERENCE OF A POILCY ¿ CUSTOM, INADEQUATE BY DEFENDANTS C.O.M.S. TO PLAINTIFFS WELL-BEING AND SAFETY ¿ "TO PREVENT FURTHER EXACERBATION OF HIS INJURIES" IN VIOLATION OF $8TH$ AMENDMENT.

30) ON OR ABOUT DEC # 13 # 2020 # TIME 9:30AM B-3-25-8 CELL I NOTICE DEFENDANTS WARDEN L.L. ¿ DSS ¿ I REPORT I WAS STILL BEING DENY STATE ISSUES CLOTHES OVER (1) MONTH BY C.O. SANDEZ, C.O. W.

21)       ( SEE ATTACH )

PERROTTIA) C.O. W. CADRETTE, ; C.O. JOHN-DOE'D WHITE ABOUT 6.4 FEET 220 POUNDS, WORKING B-3-25 COMPANY 8 CELL ALL STAFFS DEFENDANTS WOULD NOT LET ME GO TO STATES SHOP TO PICK UP NEW STATE ~~WITH~~ CLOTHEING ; IVE HAVE NO STATE ISSUES STUFF BUT WHAT I CAME WEARING, DUE TO AUBURN.C.F. NEVER SENDING MY 5TH BAG ON NOV. 29. 2020, DEFENDANTS WARDEN L.L ; DSS TOLD 3 DEFENDANT TO GET ME DOWN TO STATE SHOP THAT AFTERNOON ; AT 2:00PM C.O. SANDEZ ; C.O. PERROTTA, C.O. CADRETTE, REFUSED TO LET ME GO SAYING THAT A OFFICER SAID NO, ALSO I TOLD WARDEN ABOUT BEING DELLY INCLUDING NEW MATTRESSES CAUSE OF BOTHS BACK ; HIP INJURY ; THEY BEING DELLY SOAP, COMB, TOOTHPASTE ; THIS IS PERSONAL HYGIENE, AS WELL AS HEATING SYSTEM
31)          ( SEE ATTCH)                              ___
IS NOT WORKING AT ALL ; I SHOW WARDEN RIGHT IN FRONT OF MY CELL, B-3 25-8 CELL IT VERY COLD ; I NEED EXTRA BLANKET(S) OR WINTER COATS OR ADDITIONAL SHIRTS DURING COLD MONTHS, 2-BIG ✓VENTILATION VENT ONLY LET COLD AIR IN FROM OUTSIDE RIGHT IN MY CELL, DOCCS STAFFS "INTENTIONALLY. SUBJECTED ME TO 30 DEGREES FREEZING TEMPERATURES ; I TOLD WARDEN THAT THE "INADEQUATE HEATING SYSTEM LEAD UP TO ME BEING SICK WITH ~~EXL~~ FLU WITH NO SICK CALL TO GET MEDS FOR RELIEF ; ITS BEEN BROKEN SINCE 2010 HEATING SYSTEM IN VIOLATION OF 8TH AMENDMENT

22)

ON OR ABOUT 12.15.2020 DEFENDANTS C.O. LAKE TOLD ME I HAD A MANDATORY CALL OUT FOR SCHOOL 22d FLOOR, I TOLD C.O. LAKE I HAD A MEDICAL ISSUES ; I HAD A PERMIT FOR MEDICAL UNASSIGNMENT DOO TO POOR HEALTH ; ALSO I NEVER WENT TO PROGRAM ; DIR# 4803 OR 4308 STATE I DONT HAVE TO PROGRAM ; HE NEED TO REVIEW DOCCS OWN 138 INSTITUTIONAL RULES ; REGULATIONS FOR INMATE AT ALL CORRECTIONAL AT (4) INMATE SHALL NOT BE DISCIPLINED FOR MAKING WRITTEN OR ORAL STATEMENT, DEMANDS, OR REQUESTS INVOLVING A CHANGE OF INSTITUTIONAL CONDITION, POLICIES, RULES, REGULATION OR LAW AFFECTING AN INSTITUTIONS,

32)

DEFENDANTS C.O. LAKE BECAME BELLIGERENT ; TOLD ME IM ON KEEP LOCK ; FABUCATED A MISBEHAVIOR ; I WAS CHARGES WITH "106.10 REFUSING DIRECT ORDER 2) 109.10 OUT OF PLACE, 3) 109.12 MOVEMENT REGULATION VIOLATION, AND I ALSO TOLD C.O. LAKE EVEN IF I WENT TO SCHOOL I NEED MY REASONABLE ACCOMMODATION POCKET TALKER ; HEADPHONE ; WITHOUT USE OF ASSISTIVE TECHNOLOGY IT CHANGE MY ENVIRONMENT IN MANNER IN WHICH ALL OF MY TASKS WITH SEVERE VISUAL IMPAIRMENT ; APPLIANCES FOR MY LOW-VISION DEVICES LIKE MAGNIFIE S, LARGE PRINT ; LAMP, ; DOCCS ARE DENY ENABLE A QUALIFI ED INDIVIDUAL WITH SEVERAL DISABILITY TO PARTICIPATE IN 23) A PROGRAMS OR SERVICE HL-10 DEAF LEFT EAR

33)

; HL-20 HARD OF HEARING IN RIGHT, EAR, IN VIOLATION OF SEVERAL FEDERAL LAWS F.R.A. 1973 & A.D.A. 1990 ; SECTION 504, & TITLE -I, II, III, ; THE NEW YORK STATE HUMAN RIGHTS LAW PROHIBIT STATE ; LOCAL ENTITIES FROM DISCRIMINATING AGAINST ANY QUALIFIED INDIVIDUAL WITH A DISABILITY IN THEIR PROGRAMS SERVICES ; ACTIVITIES, "ITS BEEN PATTERNED OF SAME VIOLATION AT ALL DOCCS PRISONS **BREACH OF CONTRACT ; BREACH OF OVER 20 AGREEMENT IN CLASS ACTION LAWSUIT** , GOING BACK OVER "30 YEARS • SEE CLARKSON V. GOORD, & "CONTINUING ⟶ CRIMINAL ENTERPRISES, TITLE II § 408 OF THE ORGANIZED CRIME CONTROL ACT OF 1970 § 18.U.S.C. 1959 - (867(G) ; 8TH AMENDMENT.

34) ON OR ABOUT 2.01.16.2021 DEFENDANTS C.O. R. HINDS SGT, JANE-DOE WHITE REAL FAT ABOUT 5. FEET 11 INCH, TIME 8:50 AM I WAS COMING OFF MEDICAL KEEP LOCK DUE TO POOR HEALTH ; CHRONIC PAIN IN LOWER BACK & UPPER BACK ; RIGHT HAND SUFFERING FROM SEVERE NEGLECT ; LITERALLY POPPING HANDWARE THROUGH THE SKIN OF RIGHT HAND ; OTHER DISEASES CONDITIONS OF DISABLED PRISONER, WHEN I CAME OUT 1ST FLOOR MESSHALL, I NOTICE ABOUT 10 DOCCS STAFFS & SGT C.O. R. HINDS TOLD ME TO GO BY "METAL - LONG DEVICES, THEN SGT JANE-DOE ID MADE ME GO BACK ; DO IT ALL OVER ⟶ NOTHING HAPPEN, NEXT C.O. R. HINDS TOLD ME THAT MY HAIR WAS TO LONG ; THAT I HAD TO CUT IT OFF CAUSE
24)            ( SEE ATTACH )

I COULD NOT WEAR DREAD LOCK, I MY ... o.
HINDS ¿ SGT. JANE-DOE ¿ THE REST STAFFS, ITS MY RIGHT
TO FREEDOM OF RELIGION BELIEFS, FREE EXERCISE
CLAUSE OF THE FIRST AMENDMENT, FREEDOM OF SPEECH,
¿ FREEDOM OF BOTHS MY HISTROY OF MY CULTURE OF
TRINIDED ¿ TOBAGO THE PORT-OF-SPAIN ¿ ON LONG ISLAND
RISE BY "NATIVE OF SACHEM TRIBE WYANDANCH →
INDIAN NATION RESERVATION, ¿ HE NEED TO REVIEW
BOTHS DOCCS DIR # 2612 INMATES WITH SENSORIAL
DISABILITIES PAGES 8 OF 16 AT (D) ¿ SEE DOCCS OWN §138
INSTITUTIONAL RULES ¿ REGULATION FOR INMATES
AT ALL CORRECTIONAL, AT (4) INMATES, SHALL NOT BE
DISCIPLINED FOR MAKING WRITTEN OR ORAL STATEMENT,
DEMANDS, OR REQUESTS INVOLING A CHANGE OF INSTITUTIONA
CONDITION, POLICIES, RULES, REGULATIONS, OR LAW →
AFFECTING AN INSTITUTIONAL": ¿ MY HEARING AIDS BATTERY
ARE GOING DEAD SO I CANT HEAR, ¿ NOW I WAS
GOING BACK TO MY CELL ¿ FILE MY GRIEVANCES REPORT,
DEFENDANTS R. HINDS JUMP UP ¿ DOWN ¿ BECAME →
35)
"BELLIGERENT," I GIVE MY I.D. ¿ C.O. R. HINDS DROP
IT ON FLOOR HE TRY TO "TELL SOMETHING BUT I
COULD NOT UNDERSTANT, HE C.O. R.HIND APPOINT
TO THE FLOOR, I REFUSED CAUSE IT A EXISTING
ONGOING POLICIES OF PRISONERS BEING ASSAULTED, WHEN
THEY BEND DOWN TO PICK UP I.D., "I FEAR FOR
MY LIFE ¿ WAS IN IMMINENT DANGER,"

( SEE ATTACH )

25)

I HAD TO ~~SHITS E.O. STATES AGAINST~~ ORION

I DON'T UNDERSTAND CAUSE OF MY IMPAIRMENT OF
LOST HEARING CAUSE BATTERY ARE DEAD, I WENT
BACK TO HOUSING UNIT ; WAS FOLLOW BACK
TO B-3-25 COMPANY 8 CELL BY DEFENDANTS
C.O. PIGGER ; C.O. PERROTTIA, TIME 9:00AM AT
MY CELL, C.O. PIGGER ; 2-JOHN-DOES, ~~ON~~ IM LOCK
IN MY CELL ; C.O. PIGGER TOLD WHOLE COMPANY ON
25 TO LOCK IN, "IT WAS CLEAN UP DAY, THEY BOTHS
CAME TO MY CELL ; STATED THREATING ME SAYING
WE GOING TO KILL YOU", SO CAME OUT YOUR CELL
THEY BOTHS BECAME VERY LOUD ; "BELLIGERENT"
SAYING LET SO I WENT TO FIGHT ; YOUR A PUSSY
CAUSE YOU'LL WILL NOT COME OUT YOUR CELL, I TOLD BOTHS
C.O.S. IM KEEP LOCK WHY WILL I COME OUT MY CELL,
SO YOU CAN JUMP ME ; THEN FILE TWO FABUCATED →
FALSE MISHAVIOR REPORT ; THEN A FEBUCATED FALSE
FELONY COMPLAINT, BOTHS DEFENDANTS, STAY BELLIGERENT
THE WHOLE TIME ABOUT 15.min, BOTHS STAFFS, CREATE
DISTURBANCE ; THREATS ; HARASSMENT ; DISCRIMINAT
ION ; ASSAULTED ONCE IM IN HALLWAY ; DISORDERLY
CONDUCT. IN VIOLATION OF 1ST, 8TH, 14TH, AMENDMENT

36) ON OR ABOUT 1.16.2021 & 12-22.2020 AT B-3
25-B-CELL 1ST FLOOR OF PER-S.D.V. BOTHS
DEFENDANTS DSD. BLACK WIDOW DEPUTY MORRIS
; S.D.V. GIBSON BOTHS SHOW PATTERNED
26) , SEE-ATTACH)

37) HISTORY: RECORD; DISCRIMINATED AGAINST
PLAINTIFFS; OTHER PRISONERS BOTHS WITH
SEVERE VISUAL IMPAIRMENT (V230) DEAF
(HL-10); HARD OF HEARING (HL-20) ON OR
ABOUT 1.16.2021; 12.22.2020 AT MY CELL B-B-3
BOTHS DEFENDANTS DENY QUALIFIED INDIVIDUAL
WITH SEVER DISABILITY (1) EYES DAMAGES FROM
EXCESSIVE FORCE & OTHER ABUSE MACE IS DOCCS
NEW EXCESSIVE FORCE, CAUSE ME TO END UP WITH
"HYPEROPIA; ALSO KNOWN AS FARSIGHTEDNESS,
THIS A CONDITION OF THE EYE EYES IN WHICH
THE CORNEA HAS TOO LITTLE CURVATURE OR THE EYEBALL
38)
is TOO SHORT, CAUSING Light ENTERING THE EYE TO
Focus. PRESBYOPIA, OCCURS WHEN THE EYE LOSES ITS
Ability TO FOCUS ON NEARBY OBJECTS THE LENS OF
THE EYE LOSES ITS ELASTICITY ABLE TO READ, DRIVE
OR PERFORM OTHER TASKS REQUIRING COMMON VISION
PROBLEMS LIKE NEARSIGHTEDNESS; FARSIGHTEDNESS
OTHER TIME, MORE SPECIFIC HEALTH CONDITION CAN
CAUSE EYE PROBLEMS EYE DISEASES AGE, RELATED
MACULAR, "DEGENERATION (AMD) & CONJUNCTIVI
Tis, is an INFECTION OF THE INNER EYELID →
MEMBRANE THAT CAN BE CAUSE BY A VIRUS
OR BACTERIA; THE INFECTION MAY ALSO CAUSE
BLURRED VISION; SENSITIVITY TO Light. AS A
RESULT OF THE CONDITION DAMAGING VESSELS LEAK
BLOOD, SEVERE Vision Loss; EVEN Blindness
CAN OCCUR. (SEE ATTACH) BOTHs TIME 9:00AM

PLAINTIFF ALSO HAVE POLYSIP22 Filed 01/20/22 Page 28 of 90
SUFFERS FROM ONGOING CHRONIC PAIN, NUMBNESS, TINGLING,
38) H.I.V.

WEAKNESS ; DIAGNOSED CHRONIC LOWER BACK pain
; UPPER BACK pain ; RIGHT HIP pain ; CHRONIC pain in
NECK ; LEG, ; LEFT FOOT is OUT OF PLACE 3 BONES in
BACK is OUT OF PLACE I WAS DEZXY my REASONABLE
ACCOMMODATION CAME TO HELP ME WALK, BACK BRACES
THUMP BRACES ; HAND ; ELBOW TO HELP ME TO MOVE my
DOMAIN HAND WITHOUT ALL OF CHRONIC pain, HEADPHONE,
SHAKE AWAKE ALARM, ALL AMPLIFIER TO HELP ME HEAR BETTER
POCKET TALKERS, LAMP, MAGNIFIERS, ; S.D.U. RESOURCE
ROOM TO USED EQUIPMENT TO HELP IN LEGAL CASES F.
COMPUTER..            (SEE ATTACH)
39)
BOTHS DEFENDANTS TOLD ME I WILL NOT HAVE ACCESS TO
S.D.U. RESOURCE ROOM ; I ONLY GET (2) ACCOMMODATION
FROM FILING PRIOR GRIEVANCE, ; CIVIL RIGHT CASES AGAINST
DOCCS ILL PASS ; NOT HAVE POCKET TALKERS AT OVER
60 DOCCS DUE PROCESS HEARING I COULD NOT FULLY
UNDERSTAND TESTIMONY OF WITNESSES ; as THE MISSING
EVIDENCE is "RELEVANT TO my petty CLAIM OF
DEFENSE ; INNOCENT, & I COULD NOT EFFECTIVE
COMMUNICATION WITH HEARING STAFFS.. ONGOING POLICY
OF DISCRIMINATING ALTER PRISONERS MEDICAL FOLDER TO
KICK US OUT THE FEDERAL FINANCIAL ASSISTANCE
PROGRAMS IN VIOLATION 1ST 8TH, 14TH, Amendment
28)

397 ON OR ABOUT

C.O. SANDEZ ON GO-AROUND PLAINTIFFS WAS EXPERIENC
ING TOOTH; GUM PAIN FROM DOCCS DE FACTO POLICY
OF ALLOWING MEDICAL TREATMENT ONLY ON CERTAIN
DAY OR MONTHS FOR DENTAL, ITS KNOWN FACT DOCCS
ONLY GET (1) DENTALIST FOR 5 PRISONS AND DENTAL
DEPARTMENT IS INADEQUATE; SUPPORT THAT IS PROBATIVE
OF A WIDESPREAD OR REPEATED OCCURRENCE, AND
PLAINTIFFS BEEN SUFFERE FOR 15 YEARS WITH "CHRONIC SERIOUS
GUM DISEASE PERIODONTIST DEGENERATIVE LEAD TO ALL
OF MY TOOTHS TO ROTTEN WITH NO HEALTH CARE IS DANGEROUS,
I UNSANITARY DEGRADING CONDITIONS IN COMBINATION
WITH THE TOXIS WATER WITH EXISTING LONGER PERIOD
WOULD CONSTITUTE "CRUEL & UNUSUAL PUNISHMENT
(SEE -ATTACH)

4/0,
INCLUDING INADEQUATE "TEMPERATURE HEATING FOR COLD
DAY; NIGHT FREQATLY RESULTED IN PLAINTIFFS
END UP WITH FLU; COLD & BOTHS NURSES (1) FAVIKUR
FAT; OID; NURSES (2) [redacted] FAVIKER YOUNG & TAF
SISTERS, I SO REGULARITY; MULTIPLE INCIDENTS
OVER A LONG, CONTINUOUS TIME PERIOD," I WOULD
ASK THEM BOTHS DEFENDANTS FOR NEW bedding; TO CALL
STATE SHOP FOR NEW CLOTHING; LAUNDAY; VENTILATION
BELOWING COLD AIR RIGHT IN MY CELL; DENY NEW MATTER
OR TO ORDER 2 MATTERS FOR BACK INJURY CAUSE I COULD
NOT REST AT NIGHT OR DAY CAUSE OF MY FREEZING
IN VIOLATION OF 8TH, AMENDMENTS...

29)

40) ON OR ABOUT 03/22/2020 AT 11 AM, APPROX
1ST FLOOR HEARING ROOM DEFENDANTS LT. ZWECE
DENY PLAINTIFFS SEVERAL REASONABLE ACCOMMODATION
(¹) POCKET TALKER FOR ALL PROGRAMS AREA & BIG
HEADPHONE SO I is A QUALIFIED INDIVIDUAL WITH
A DISABILITY, (²) DOCCS IS AN ENTITY SUBJECT TO THE
2 FEDERAL ACTS, (³) I WAS DENIED THE OPPORTUNITY
TO PARTICIPATE IN OR BENEFIT FROM DOCCS SERVICES,
PROGRAMS, OR ACTIVITIES ; DOCCS OTHERWISE SHOW
PATTERNED OF DISCRIMINATED AGAINST MY-SELF
BY REASON OF MY DISABILITY" BUTHS DEFENDANTS
D-SP MORRIS BLACKWIDOW & S.D.U. GIBSON TOLD DEFENDR
LT. ZWECL, I DON'T HAVE HEARING ISSVES, ? PLAINTIFFS
COULD NOT PARTICIPATE IN IS DUE PROCESS HEARING
CAUSE I COULD NOT FULLY UNDERSTAND CHANGES OR
RESPOUND BACK FULLY TO SHOW MY INNOCENT,
& 3 OTHER MEDICAL DEFENDANTS TOLD HEARING OFFICER
I HAD NO MEDICAL DISABILITY (1) DEFENDANTS DR.
GUZMAN, (²)N.P. A. ANDOLA, & AUDIOLOGY JOHN SHERHAND
"ALTERAMY HEARING MEDICAL DOCUMENTS TO KICK ME
OUT OF S.D.U. PROGRAMS CAUSE I CAN ONLY GO TO
SAME PRISONS UNDER THEY OWN DIR 2612 ? 2614
INMATES WITH SENSORIAL DISABILITIES, THIS IS A RETA
LIATION FROM PRIOR CIVIL RIGHT ACTION & GRIEVANCE.
PLAINTIFF REQUESTED AS RELIEF SEEK PROSPECTIVE
INJUNCTIVE RELIEF & DECLARATORY RELIEF ? →
COMPENSATORY DAMAGES BOTHS IN STATE OFFICIAL
CAPACITIES & INDIVIDUALS CAPACITIES IN VIOLATIONS OF
30) 1ST, 8TH, 14TH, AMENDMENT...

41) ON

8-CELL GOAROUND C.O. SANDZE ; C.O. JOHN-DOE(S)
; C.O. PERROTTIA, DENY ME EMERGENCE WHEN
I FELLOUT IN MY CELL INJURYS MY HEAD ; BACK ; ARM
; DIFFERENTS PRISONERS REPORTED MY INJURY ; THAT
I WAS ON MY CELL FLOOR, ITS TOOK 16 HOURS BEFORE
I GOT EMERGENCE TREATMENT FROM NURSE (B) MIDNIGHT
NURSE I HAD TO DRINK 2 PITCHER OF WATER DUE TO
ME BEING DEHYDRATE, CAUSE I COULD NOT DRINK →
BROWN RED RUST WATER DOE TO MY H.I.V. ;
OTHER DISEASES ; WEAKEADE IMMUNE SYSTEMS
PLAINTIFF IS KNOW WHISTLEBLOWER PROTECTION ACT
(WPA) BECAUSE OF PATTERNED OF WILFUL MISCONDUCT
BY DOCCS STAFFS AT ALL PRISONS, ; PLAINTIFFS ALWAYS
ENGAGED IN PROTECTED CONDUCT ; ADVERSE ACTION
IS ALWAYS TAKEN AGAINST PLAINTIFFS PROTECTED SPEECH
WATER CONTAMINATED BY LEAD ; COPPER WAS →

42)

DISTRIBUTED THROUGHOUT THE SYSTEM. ; DURING
THAT TIME "SERIOUS PRISONERS MY-SELFS ; PUBLIC HEALTH RISKS
ASSOCIATED WITH EASTERN N.Y. C.F. WATER SUPPLY WERE
DISCOVERED MORE 11 YEARS AGO ; DOCCS WAS NOT
FORTHCOMING ABOUT THE CONTAMINATION ; EXPOSED TO
PRISONERS ; MANY FAMILY OF ITS CITIZEN ; TOXIN
TO A TAINTED WATER SUPPLY WITHOUT THEIR →
KNOWLEDGE, ; HOW THE WATER CRISIS WAS ALSO
KILLING FEDERAL PROTECTED ENDANGERED →
SPECIES BIRDS ; OTHER ANIMAL ; PLAINTIFFS
31) NEGLIGENCE CLAIMS ; POLICY OF DELIBERATE INDIFFERENCE

TO SERIOUS ___ ___ ___ FOR PLAINTIFFS ___ ___ PRISONERS
& FAMILY FOR BOTHS PROGRAMS FRP. & VISIT ROOM & TO SAVE SEVERAL
ENDANGERED SPECIES BIRDS & ANIMALS & HUMAN TO SERIOUS
CONTAMINATED DRINK, COOK FOOD, SHOWING, DEFENDANTS
"CONSPIRING WITH OTHER IN Albany N.Y. EX GOVERNOR
ANDREW M. CUOMO, & EX COMMISSIONER FISHER & NOW
ACTING BOSS NOTORIOUS ANNUCCI* COMM* & SENIOR STAFFS
DEFENDANTS AT EASTERN N.Y C.F. & High? Ranking UNION →
OFFICIAL & ASSOCIATE, & His "CONFIDENTIAL INFORMATION
SEVERAL DOCCS STAFFS THAT WILLING TO COOPERATED
AGAINST DOCCS # & INVESTIGATION & HINTE THAT &
INSIDE INFORMENTS & LAW ENFORCEMENT SOURCES SHARE
NON-PUBLIC INFORMATION WITH HIM CONCERNING &
ASSOCIATES,

44) Plaintiffs DESCRIBED IN BROAD STROKES THE HISTORY
& BACKGROUND OF THE DOCCS CRIME FAMILY & ITS INVOLVEMENT
OVER THE YEARS, SINCE SEPT. 9. 1971, IN VARIOUS CRIMINAL
ACTIVITIES DESIGNED TO GENERATE MONEY FOR ITS MEMBERS
"BY ANY MEAN NECESSITY," INCLUDING KILLING OF SEVERAL
PRISONERS OR STAFFS TO "SHIELDS" VARIOUS CRIMES OVER TIME
WHEN SOME STAFFS RECEIVED PAYMENT FOR NOT BEING IN
PRISONS & INSIDE GAMBLING, LOANSHARKING, LABOR →
RACKETEERING & EXTORTION ON PRISONER(s) FAMILY &
OTHERS, & THE USE & THREAT OF VIOLENCE, TO FURTHER
THESE CRIMINAL ACTIVITIES, ENTERPRISE & CONSPIRING
WITH THE MEMBERS OF THE ORGANIZATION & OTHER
ORGANIZATION LIKE "J PAY SEE DOCUMENTS FILED WITH
"LETTIA JAMES ATTORNEY GENERAL BUREAU OF CONSUMER
32) (SEE ATTACH)

45)

FRAUDS AND PROTECTION RE: OUR FILE NUMBER:
20-053176  SUBJECT: JPAY, INC≠ ꝒLAWTIFFS ¿ OTHER
PRISONERS OVER 2000 AT SEVERAL PRISONS FILED FRAUDS
¿ ALSO VIOLATION OF 2-FEDERAL LAWS F.R.A. 1973 ¿
A.D.A. 1990 NOT ACCOMMODATION BLIND ¿ HARD
OF HEARING ¿ DEAF PRISONES, WITH HANDICAPP PLAINTIFFS
IS A QUALIFIED INDIVIDUAL WITH A DISABILITY, ¿ BOTHS DEFENDANTS
ARE SUBJECT TO THE ADA, ¿ PLAINTIFFS ¿ OTHER WAS DENIED
THE OPPORTUNITY TO PARTICIPATE IN OR BENEFIT FROM
BOTHS DEFENDANTS SERVICES, ꝒROGRAMS, OR ACTIVITIES OR WAS
OTHERWISE DISCRIMINATED Against BY DEFENDANTS, BY REASON
OF PLAINTIFFS DISABILITIES, BOTHS DEFENDANTS ENGAGE IN
THE VARIOUS ACTS OF EXTORTION ¿ STATUTE COVERS ONLY
BRIBERY ¿ KICKBACK, PRISONERS PAY FOR SERVICES 3 OR 4
TIME ¿ NOT GETING NOTHING AT ALL, ¿ JPAY GOT THE
SERVICES FOR "FREE" TO INRICH THEM ¿ DOCCS, BY NOT
ISSUES Big HEADPHONE TO COVER HEARING AIDS ¿ DISCRIMINATED
ALSO BY TAKING BACK TABLET OR TURNING TABLET OFF, ITS A
"SCHEMES I HAVE TO LET OTHER PRISONERS CALL MY FAMILY
FRAUD, CIVIL FRAUD, WIRE FRAUD, INTERNET FRAUD,
MAIL FRAUD, CIVIL FRAUD ACTION, DEFRAUD, IN VIOLATION
OF ALOT OF BOTHS STATES ¿ FEDERALS LAWS, "CRIMINAL PROSECUTION
UNDER ENDANGERED SPECIES ACT OF 1973 (16 U.S.C.A. §§
1531-1543) AT (5) EQUEL PROTECTION OF LAWS, SECTION (11) 16.U.S.C₂
A 1532(13) THAT THE PERSON AUTHORIZED TO BEING SUIT
TO PROTECT AN ENDANGERED OR THREATENED SPECIES
33) CAN BE AN ANIMAL THAT IS ITS-SETF ENDANGERED

OR THE SAFE WIC(') (C)'; NATIONAL ENVIRONMENTAL POLICY ACT, "CLEAN WATER ACT (CWA) 33 U.S.C.A §§ 1251 ET. SEQ, "CLEAN AIR ACT," & ENFORCEMENT OF POLICY DISCRIMINATED AGAINST CONTINUING WRONG DOCTRINE & SYSTEMIC SERIES CONTINUING CLAIMS DOCTRINE, U.S. INTERIOR DEPARTMENT FISH & WILDLIFE SERVICE AT THE JUSTICE DEPARTMENTS... IN VIOLATIONS OF CIVIL CLAIMS UNDER THE RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT ("RICO"), 18 U.S.C. §§ 1959-1967(G), 1962, 1964(C) "(1)(2)(3)(4)(5)(6)(7) 1962 (A)(C)) 1964(C)) 1ST, 4TH, 8TH, 14TH, AMANDMENTS, & 29 U.S.C. 794 / U.S.C.A. 1985(3) EXEMPLARY DAMAGES & PUBLIC ACT OF NEW YORK STATES, 18, 29 U.S.C.A. & 667 OCCUPATIONAL SAFETY & HEALTH ACT OF 1970 15 U.S.C. §16(B) SHERMAN ACT & CONSPIRED TO RIG PRICES IN SALE,

(16) ON OR ABOUT 12.24.2020 & TIME 9:30AM 1ST FLOOR MEDICAL DEPARTMENT, ASK BOTHS DOCCS DIRECTORS DR. DINELLO AND DR. GUZMAN ABOUT MWAP POLICY THAT UNCONSTITUTIONAL & IM BEEN SUFFERING CHRONIC PAINFUL MY WHOLE BODY & JOINTS & ARTHRITIS IN BOTHS KNEES & HAS VERY DIFFERENTLY WALKING AS A RESULT TO, PLAINTIFFS ALSO BACK & HIP INJURYS MUST RELY ON AID OF CANE OR CRUTCHES & BOTHS KNEES BRACE FOR MOBILITY & WITH OUT ACCOMMODATION I CANT WALK WITHOUT FALLING, EVEN WITH CANE BOTHS KNEES, PLAINTIFF KNEES INJURY & CHRONIC ARTHRITIS MAKE IT DIFFICULT & PAINFUL FOR ME TO USE

34) (SEE ATTACH)

STAIRS ¿ ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ VERY
BAD BREATHE ISSUES DUE TO CHRONIC ASTHMA, I ASK
BOTHS DEFENDANTS FOR PAINS MEDS "OPIOID PAINE PILLS
THAT WAS ORDER BY SEVERAL OUT SIDE DOCTORS, DEFENDANTS
"WILLFULLY DID INTERFERE WITH EFFECTIVE PAIN
TREATMENT, ITS WAS SAID BY BOTHS YOU'll LIKE FILING
GRIEVANCES ; REPORTING US TO ALBANY ¿ PROFESSIONAL
MEDICAL CONDUCT LIKE YOU'll DID YEARS 00 AT 5-POINTS
C.F. THAT WHY I TOOK ALL OF YOUR CANE ¿ BRACES
YEARS AGO, ¿ DENY YOU ALL OF YOUR HEALTH CARES, DEFENDANTS
DR. GUZMAN THAT BEEN IN SEVERAL PRIOR LAWSUITS
BY PLAINTIFFS DR, DINELLO BECAME BELLIGERENT ¿ DISCRIM'
NATED ¿ MADE THREATS, ITS BEEN YEARS ¿ UPSTATE MEDICAL
UNIVERSITY PROVIDERS M.D. DIVEY MANOCHA, M.D. KENNETH
BAKKER, RN, MONTE DOLCE REDMER ON JUNE 14, 2016, ¿ →
RECOMMENDATION = REPEAT COLONOSCOPY IN 1 YEAR FOR SURVEILLAN-
CE. ¿ PERFORM AN UPPER GI ENDOSCOPY," ITS BEEN 5 YEARS
¿ STILL DOCCS PRISONS DOCTORS AT F.P.C.F., A.C.F., E.C.F.
S.C.F. ¿ SOUTHPORT C.F. STILL REFUSED THE COLONOSCOPY
¿ I HAVE BLEEDING IN STOOL ¿ CHRONIC STOMACH ¿
ABDOMINAL, PAINFUL ¿ BY VERY DEADLY TOXIC WATER
MY THROAT SWOLLING UP ¿ WITH GUM DISEASE MY MOUTH FULLY
UP WITH PUS ¿ BLOOD ¿ DENY SEVERAL OTHER OPERATIONS
FOR YEARS ¿ I WAS TOLD I NOT GET NOTHING DELIBERATE
INDIFFERENC TO SERIOUS MEDICAL NEEDS IN VIOLATION
OF 8TH AMENDMENT.

(SEE-ATTACH)

35)

38
47)

ON OR ABOUT, 12.25, 2020 TIME 7:30AM GO AROUND
B-3-25-8-CELL, I TOLD DEFENDANT: C.O. SANDZE
I WENT OUT-DOOR REC* DEFENDANTS C.O. SANDZE is
PART OF A ONGOING POLICY OF PRISONERS : MY-SELF
DENY REC, if YOU'll GO TO CALL OUT OR SICK CALL THAT
YOUR 2-HOURS REC THIS WENT ON DAILY AT EASTERN. C.F
GO BACK 11 YEARS LAST TIMES I WAS HERE, IN VIOLAT
ION OF 8TH AMENDMENTS

B-3-25-8

48) ON OR ABOUT 1.25.2021 TIME 3:30pm I RECEIVED
A MONEY ORDER FOR $25.00, AND JPAY OR DOCCS HAS
NOT PUT
my MONEY ON MY ACCOUNT ITS BEEN 11 MONTHS MONEY
CAME FROM MY MOTHER, : SAME THING IN 2015 AT
SULLIVAN. C.F. DOCCS OWN me $75.00. FOR LOST STUFFS
STILL DON'T HAVE MONEY, : AT EASTERN IN 2011 $ MONEY
CAME IN MY SISTER NAME FOR $6.500.00 SHE NEVER
BEEN ARREST IN HER LIFE, DOCCS TAKE THE MONEY
IN VIOLATION 18 U.S.C. L960-1967,(G) 1st 8TH, 14TH,
AMENDMENT.

DATE 1.26.2020
49) ON OR ABOUT TIME 1:00pm 1ST BIG FLOOR AREA BY
PACKAGES ROOM, AS A RETALIATIONS FROM PRIOR LAWSUIT :
GETTING DEFENDANTS C.O. M. MEINEKE TAKE 10 POUND OF FOOD
: SAID I COULD NOT HAVE IT, BUT REFUSED TO LET ME
SEE, FOOD I COULD NOT HAVE THE ITEMS WAS ALLOWED
36) : my TABLET SHE WILL NOT GIVE TO ME EVEN WHEN
(SEE-ATTACH)

MISSING 1½ BAG PERSONAL PROPERTY COMING FROM AUBURN, C.F. ; LEGAL DOCUMENTS & ALL STATE ISSUES PROPERTY SHOULD HAVE BEEN PUT ON BUS, DEFENDERS C.O. MEINEKE UP-SET ; BELLIGRENT TELL OTHER C.O. JANE DOE IN PACKAGE ROOM I FILED PRIOR LAWSUIT AND GOT HER KICK OFF & HER OLD POST IN S.H.U. SHE HAS PATTERNED IN S.H.U, OVER 15 YEARS OF PLAINTIFFS ; OTHER PRISONERS PERSONAL PROPERTY BEING RESOLD ON DARK WEB OR YARD SALE AT ~~HO~~ HER HOME, THIS IS BONUS ; BY ME BEING A DOCCS WHISTLE-BLOWER, I SEE WARDEN LYNN J. LILLEY ; REPORT IT RIGHT THERE, BOTHS DEFENDANTS MADE ME, GET TABLET INTO 2.27.2021, 1 MONTH LATER I WAS BEING TREATED DIFFERENT FROM OTHER PRISONERS EQUAL PROTECTION RIGHT UNDER A CLASS OF-ONE, IN VIOLATION OF MY 1ST, 4TH, 8TH, 14TH.

50) ON OR ABOUT TIME 7:30AM 1ST FLOOR 1.27.2021, AT MEDICAL DEPARTMENT AT SICK CALL FOR RASHS ALL OVER MY BODY BACK, FACE, LEG ; DEPRIVATION FRESH DRINKING WATER SWELLOW TO MY MOUTH, ; CHRONIC HEADACHES ; DENY FOOD IS NOT PROPERLY COOK OR HEATED ; UNSAFE ODOR OF SEWAGE NURSE FAULKER (1) OLD ONE SAID NOTHING WRONG WITH YOUN, I TOLD DEFENDANT FAULKER (1) RUST WATER HAD ME SEEING "BLURRED VISIONS ; FALLING IN MY CELL SHOWING HER BLACK & BLUE INJURYS ; BY ME BEING TERMINAL ILLESSES LIKE H.I.V. ; POSITIVE WITH A WEAKEADE IMMUNE SYSTEM ; CHRONICS GUM DISEASE & OTHER SERIOUS I. D. ( SEE ATTACH)

"MY WHOLE body BONES SKELETONS ARE WEAKENDE TO THE POINTS CONDITION(S) HAS AFFECTED MY ABILITY (17) TO DO BASIC THING (E.g. CAN'T SLEEP EXCRUCIATED PAINFUL ; WALKING, EAT, ; WORKING BOTHS HIPS ; SPINAL CORD ITS HARD TO WASH UP ; DOCCS DON'T CHAIR IN SHOWER FOR HIV PRISONERS DEFENDANTS NURSE FAULKER SAID SHE DON'T CARE ; SHE WAS ORDER BY BOTHS SENIOR DRS GUTZMAN ; N.P. A. ANDOLA ; → Albany DR. DINELLO, ALSO I REPORTED ROTTENS TOOTHS ; PUS ; BLOOD DAILY IN MOUTHS CHRONIC EXCRUCIATED PAINFUL ; Abce ABSCESS REPEATED IT-SELF ALL OVER MY MOUTHS TOP ; BOTTOM, NURSE (F)(1) IS ALWAYS INADEQUATE ; REPEATED OCCURRENCE ; WIDESPREAD ; ONGOING EXISTENCEING POLICY OF CUTING OFF DAILY, PAIN MEDS ; LIFE SUSTAIN MED H.I.V. ; BOOST ; BEING DENY 60 DAYS OF MEDS EVERY TIMES IM TRANSTER MY LIFE SUSTAIN MEDUCATION IS ALWAY "DISCONTINUED BY MEDICAL DR. ; NURSE,, CAUSE SIDE EFFECTS OF FALLING BECAUSE MY ANY "VIRAL LOAD INCREASED TO A DANGEROUS LEVEL MADE PLAINTIFFS SUSCEPTIBLE TO DISEASES ; DEATH SENTENCE OF AIDS INFECTION ; DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS, (SEE ATTACH)

52) ; THE APOVE DEFENDANTS FAILED TO PROVIDE PLAINTIFFS LIFE SUSTAIN MEDS ; PAIN MEDS ; DOCCS INTERFERE WITH EFFECTIVE PAIN TREATMENT ; DENY
38) EMERGENCY CARE FOR FALLING IN CELL HITTING.

HEAD ; BACK ; RIGHT SIDE OF BODY AGAINEST METAL GATE THEN FLOOR ; SWELLING TO HIP KNEE ; HEAD, BACK, CHRONIC PAINS plaintiffs HAD INCURRED, INSTEAD, THE NURSE (F) ADVISED ME THAT I HAD TO AWAIT TREATMENT FROM DR. GUZMAN OR DR DINELLO, ; N.P. ANDOLA, ¿ "ALL DEFENDANTS FOR 15 YEARS THEY FAIL TO FOLLOW THE FEDERAL GUIDELINES FOR H. I.V. IN VIOLATION OF 1ST, 8TH, 14TH, AMENDMENT."

50) ON OR ABOUT FEB, 7, 2021, 7:30pm S. D. U. REC, BASEMENT SUB T.V. ROOM, DEFENDANTS C.O. W. CADRETTE, C.O.S. PERROTTA ; C.O.M. SANDEZ, I WAS LOOKING AT ONE OF BLACK LIFE MATTERS ON BET OR P.B.S. 3 DIFFERENT DEFENDANTS CAME BY ME AND SAID BLACK LIFE DONT MATTER ; TO TURN-OFF THE PROGRAMS I WAS LOOKING AT ; TO GO TAKE YOU DEAF ASS BACK TO YOUR CELL SINCE YOU'LL LIKE WRITEING GRIEVANCES ; REPORTED THEM TO CAPT ANDERSON ABOUT ALL WILFUL MISCONDUCT ; RETALIATION ; SAID FUCK YOUR RACE "WE ARE BIG GANG$^{IN}$ U.S. AND NO-BODY GIVE A FUCK ABOUT ABOUT DEAD BLACK PERSONS, DEFENDANTS DENY me RIGHT TO HAVE ACCESS TO REASONABLE ACCOMMODATION C.C.T.V. ; REST OF S. D.U. BASEMENT REC, I WAS TRY DIFFERENT FROM REST OF HANDICAPP PRISONERS THAT ARE DISABILITIES (SEE ATTACH)

; DENY OR ON GOING POLICY OF DISCRIMINATING
TO PLAINTIFFS QUALIFIED INDIVIDUAL WITH
SEVERAL DISABILITY IN THEIR PROGRAMS, SERVICES
AND ACTIVITIES ; ITS BECAME DAILY PATTERNED
BY 3 DEFENDANTS IN VIOLATIONS DOCCS OWN DIRECTIVE
2612 ; 2614 & AS REQUIRED BY TWO FEDERAL LAWS
SECTION 504 ; TITLE I, II, III THE AMERICAN
WITH DISABILITIES ACT ; NEW YORK STATE HEALTH
DEPARTMENT LAWS, MY DUE PROCESS WAS VIOLATION.
; 1ST, 8TH, 14TH AMENDMENT...

51) ON OR ABOUT. FEB. 10, 2021 1ST FLOOR MEDICAL CROSS
FROM DENTAL ROOM TIME WILLIAM DEFENDANTS AUDIOLOGY
JOHN-SHERHAND WAS ISSUESING DRE BEAT HEADPHONE
BIG ONE, "BUT ONLY TO WHITE PRISONERS. THIS BEEN
GANG ON POLICY BECAUSE HE VERY BOLD · AND HE
ALLWAY TELL STORY ABOUT HOW HE ALWAY IN FEDERAL
COURT DOING HEARING ONE MOB S FAMILY ; HOW THEY
GIVE HIM KICK-BACK FOR LIEING IN COURT FOR THEM
SAYING THEY DEAF OR HARD OF HEARING  FOR A NEW
TRIAL TO GET THEM OUT OF PRISONS ; HE GET TRIP ; BONUS ;
ALL DON ; FAMILY LOVE HIM." EVERY TIME I SEE HIM
SINCE 2008 HE SAID NEXT MONTH HE BRING IN
BIG HEADPHONE ; FOR 15 YEARS ITS NEVER HAPPEN ;
HE ALSO GOT ON GOING POLICY DISCRIMINATING BASE
ON MY RACE ; MY HEARING DISABILITY PLAINTIFFS
40) IS A QUALIFIED INDIVIDUAL WITH BOTHS
HEARING ; LOW VISION ; BLURRED VISION →

. 52) ; EYES DISEASE DEFENDANTS(J.S) DENY PLAINTIFFS

QUALIFIED INDIVIDUAL WITH A HANDICAPP IN HIS PROGRAMS, SERVICES ; ACTIVITIES ; I COULD NOT BENEFIT ALIKE THE REST OF DISABILITY PRISONERS BECAUSE OF FILING PRIOR GRIEVANCES ; LAWSUITS SHOWING A ONGOING EXISTENING POLICY OF DISCRIMINATING ; ALTERALING MEDICAL DOCUMENT TO REMOVE HANDICAPP PRISONERS FROM 2 FEDERAL PROTECTED PROGRAMS JUST TO HARASSMENT ; TO CAUSE PLAINTIFFS TO SUFFEREING ; NOT ACCOMMODATION AT DUE PROCESS HEARING, "DEFENDANTS STILL CONTINUED TO ENGAGE IN THE CRIMINAL ACTIVITY FOR THE CRIME FAMILY OF DOCCS ; MOBS, DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS IN VIOLATION OF $1^{ST}, 8^{TH}, 14^{TH}$, AMENDMENT.


53) ON OR ABOUT FEB. 12. 2021, I PLAINTIFFS WENT A N MEDICALA TRIP TO FISHKILL. C.F. R.M.U. FOR M.D. JOHN-DOE 2nd FLOOR TIME 12:45pm ABOUT NOT RECEIVING SEVERAL OPERATIONS THAT WAS ORDER BY SAME M.D. JOHN-DOE ON AUG. 12. 2018, FOR EXCESSIVE NERVES DAMAGES FROM ASSAULTED BY DOCCS ; PRISONERS ; RECEIVING WRONG SEVERAL OPERATIONS IN 2010, 2011, 2013, 2016, SE OF DOCTOR'S AT OUT-SIDE CENTER, ; ALSO M.D. JOHN-DOE TAKE X-RAY SHOWING 3 PINS POPPING OUT TOP PART
41) OF DONAVI HAND SOME TIME DONT MOVE AT
( SEE - ATTACH )

DO TO DOCCS HAVING WILFUL MISCONDUCTS
DR.S PUT DEVES IN USE OR IMPLANTABLE DEVICS
THAT WAS KNOW AT THE TIME TO BE ON "RECALL
LIST BOTHS C.D.C. ; D.F.A. ; 21 C.F.R. §
814.84 REPORTS ; IN VIOLATION OF (FDCA") 21 U.S.C. §§ 301
ET.SEQ ("MDA"] 21 U.S.C. §§ 306 ET.SEQ SEE, 21 C.F.R.
§ 814. 39, "SECTION 360K OF THE (MDA ) METAL ROD ON
PHAET WORLD WIDE RECELL OF THE IMPLATE A CLASS 1 ) RECALL
THE MOST SERIOUS TYPES OF MEDICAL DEVICE, DOCTORS →
CONTINUED TO IMPLANT, (IMPLATE) , PLANTIEF, PRODUCT
LIABILITY CLAIM (DESIGN DEFECT, MANUFACTORIABLY DEFECT,
FAILURE TO WARN, BREACH OF WARRANTY, ; FRAUD, AMONG
OTHER) UNQUESTIONABLY RELATE TO THE SAFETY OR EFFECTIVE
NESS OF THE (IM PLATE) DESIGNED "IN A DANGEROUS ;
DEFECTIVE CONDITION" ; IN A MANNER VIOLATION OF THE
(MDA) ; ( PMA)" THE "IM PLATE FIXATION WITH SUPPLEMENTAL
ALLOGRAFT CANCELLOUS BONE CHIPS ; IM PLATE ; LOCKING SCREWS

54)                    (SEE ATTACH)

AT ERIE COUNTY MEDICAL CENTER HEALTHCARE NETWORK
462 GRIDER STREET BUFFALO NY. 14215, BY SURGEONS, JOHN J
CALLAHAN MD. ; ASSISTANT SURGEON LINDSEY HAGSTROM MD.
DANIEL BRIGGS FOURTH YEAR MEDICAL STUDENT, DATE 8.22.2013
THE "ALLOGRAFT CANCELLOUS BONE CHIPS DONT GROW ON TOP
OF SET SCREWS WERE PLACE ; IT MOVE TO SIDE OF
MY WRIST KNOW ON SIDE OF DOMAIN HAND ; BROKE INTO
SIDE OF WRIST CAUSE PERMANENTLY CRIPPLED ;
42) NEEDS UNGENTOY CARE I DONT GET SURGEON INTO 6.19.2014

CAUSE MORE NERVES DAMAGES ; I WAS REASSAULTED RIGHT
IN RECOVERY ROOM, PLAINTIFFS STILL SUFFERING CAUSE BONE IS OUT OF
PLACE ; TURN BLACK ; CHRONIC EXCRUCIATED PAINFUL
; SAME DAY I CANT WRITE OR MOVE MY FINGERS OR ARM LIKE
ITS DEAD ; GREAT NUMBNESS ; THROBBING PAINFUL
AS FAST AS A HEART BEAT, I CANT WASH UP CAUSE SOME DAY
NO MOVEMENT CANT HOLD A CUP, ; THIS RECALL WAS ALSO ON
T.V, ADD CLASS -ACTIONS LAWSUITS, PATTERN ONGOING
POLICY OF DELIBERATE INDIFFERENCES TO SERIOUS →
MEDICAL NEEDS, IN VIOLATION OF 1ST, 8TH, 14TH AMENDMENT.


55) ON OR ABOUT FEB. 14. 2021 1ST FLOOR MEDICAL DEPARTMENT
TIME 10:15AM BOTHS DR. GUZMAN ; N.P. ANDOLA, TOLD ME
BY BEING HAVING POOR HEALTHS THEY PUT ME ON "HUB-HOLD
NO TRANSFER OUT OF EASTERN. C.F. ; BOTH "OCCUPATIONAL
THERAPY SEEN X-RAY OF BACIL BONE ; LOWBACK ; RIGHT
HIP BONE OUT OF PLACE ; NOW I WAS GIVING BACK BRACES
; CANE ; BOTHS KNEES BRACES, IN 5 MONTHS I RECEIVED
NO HEALTH CARE ; BADLY DAMAGES EYES ITS WAS 7-MONTHS BEFORE
MY NEXT PRISONS SOUTHPORT. C.F. DISCONTINUED MY DEVICES ; I CANT
MOVE AT ALL ; HAVING "COVID-19 NOW I BEEN IN MY CELL
B.7.2. S. H.U. 5MONTHS NO HEALTH CARE I CANT MOVE AROUND WITH
OUT FALLING ; HURTING MY SELF, IN VIOLATION DELIBERATE
INDIFFERENCE TO SERIOUS MEDICAL NEEDS. IN VIOLATION 8TH AMENDMENT


56) ON OR ABOUT FEB. 19. 2021, MAIN YARD TIME 9:30AM I NOTICE
SEVERAL DEAD BIRDS ; THE AIR HAD ORDO OF DEAD SPECIES
; I HAD NOTICE WARDEN L.L WALKING AROUND YARD
43                    ( SEE-ATTACH )

; DSS I TOLD THEM (i ARCASTI and), DEMOCRATS ARE USEING TO KILL THEM VERY DEADLY TOXIC CHEMICAL ; WHEM THEY DIE IN YARD OR WOOD DOCCS IS IN VIOLATION, ENDANGERED SPECIES ACT CAUSE THE BIRD, BALD EAGLE ; RED HAWKS, ARE **PROTECTED** ; I WAS TOLD BY DSS ; WARDEN L.L. DEFENDANTS, TOLD ME YOU DON'T WORK FOR NATIONAL WILDLIFE FEDERATION SO IT NOT A ISSUES, IN VIOLATION OF CRIMINAL PROSECTION UNDER ENDANGERED SPECIES ACT OF 1973 (16 U.S.C.A. §§ 1531 − 1543 ") AT (5) EQUEL PROTECTION OF LAW, § 18 U.S.C. §1959(A) WHICH MANDATED IMPRISONMENT FOR LIFE IN VIOLATION CLEAN WATER ACT, 1st, 8th 14th AMENDMENTS.

57) ON OR ABOUT 4.4.2021 TIME 3:00pm B−3−25−8−CELL 3 TO 11 TOUR, C.O. PERROTTA, FABRICATED MISBEHAVIOR REPORT AFTER I REPORTED Him 2−OTHER DEFENDANTS C.O. M. SANDEZ, C.O. W. CADRETTE, TO CAPT ANDERSON ABOUT B−3−BLOCK misconduct NO REC, NO SHOWER, NO, FOOD, ON going EXISTENCE OF POLICY OF FABRICATED MISBEHAVIOR REPORTS ALL GETHER ABOUT 13th my "CO NFID ENTIAL INFORMATION DOCCS STAFFS ? PRISONERS" would COME TO my CELL TELL ME ABOUT ROLL CALL HIGH RANKING SENIOR, STAFFS ; DOCCS ASSOCIATE ; BY ANY MEAN NECESSITY THEY HAD TO GET ME OUT OF PRISON CAUSE OF my WHISTLE− BLOWER REPORT WAS BE SENT TO "ALL FEDERAL COURTS THAT I HAD A CASES, its WAS PATTERNED OF DUE process ABUSE AT ALL OF my HEARING BECAUSE I HAD NO "REASONABLE ACCOMMODATION BY DEFENDANTS S.D.v. GIBSON ; DSP MORRIS, CHO MOREAU

49) would HAVE medical REMOVE ALL HEARING PAPER SHOWING DEAF HL−10 ; HL−20 HARD OF HEARING, (SEE−ATTACH)

SERIOUS ONGOING EGREGIOUS POLICY OF DELIBERATE INDIFF
ERENCE, BY FABICATED DISCINARY TIER II 12/30.2
TIER II 1.20.21 (2) 4.27.21 TIER III ) 4.27.21 TIER III

5) 4.27.21 TIER III | 5. 12.21 (6) TIER II ) (7) 6.11.21
TIER III ) 8) 6.11.21 TIRE III ) (9) 6.11.21 TIER III
SHOWING PATTERNED OF PRIORS FABICATED GOING
BACK 2013 DISCINARY REPORTS ; DENY OF REASONABLES
ACCOMMODATION AT ALL OF DOCCS PRISON ;
~~~~~ COULD NOT FULLY PARTICIPATE IN APPROPR
iAT DUE PROCESS HEARING TIER I ) TIER 2 ) TIER
3) WITHOUT POCKET TALKER ; HEARING AIDS
; IM PLAINTIFF(S) IS A QUALIFIED INDIVIDUAL
WITH A DISABRIY, ; DOCCS IS AN ENTITY SUBJECTS
TO THE ACTS, ; PLAINTIFFS WAS DENIED THE OPPORTUNI
TY TO PARTICIPATE IN OR BENEFIT FROM DOCCS SERVICE
5) PROGRAMS, ; ACTIVITES ; DOCCSS, OTHERWISE
DISCRIMINATED AGAINST HIM BY REASON OF TO DISABILI
581 TY ; WHISTLE BLOWERS", DATE ⟶ (SEE ATTACH ) DATE IMPOSED
"DISCIPLIANARY/S TIER II 8.12.13 (1) TIER II 10.10.13 (2)
TIRE 10.15.13 (3) 10-17.13 (4) TIER III (4) 10-25.13.
TIRE II (5) ) TIRE II. 11.26.13 (6) TIRE II 1.6.14 (7) ) 2-25.14
TIRE II (8) ) TIRE II 4.25.14 (9) ; 7.3.14 TIER III 10)
TIRE II, 7.8.14 (11) ) TIRE III 10.14.14, (12) TIRE III, 10.24.14 4
(13) TIRE II, 10.24.14, (14) TIRE III, 11.4.14, (15) TIRE III 11.5
14, (16) TIRE III, 3.11.15 (17) TIRE III, 3.16.15 (18), TIRE II, 3.16.
15 (19) TIRE III 4.13.15 (20), TIRE III 5.26.15, (21) TIRE II
6.8.15 (22), TIRE III, 6.15.15 (23) TIRE II 10.1.15 (24
4 TIRE II, 10.27.15, (25) TIRE II, 12.16.15, (26)
(SEE -ATTACH)

7.11.16, (29) TIRE III, 7.28.16 (30) TIRE II, 3.27.17, (31) TIRE III, 4.11.17 (32) TURE III, 9.6.17.(33) TIRE 12.

13.17, (34) TIRE II, 2.22.18 (35) TIRE II, 3.13.18, (36) TIRE II, 9.17.18 (37), TIRE II, 12.31.18. (38) TIRE II 1.23.19, 39) TIRE III, 6.26.19, (40) TIER II, 8.6.20, (41) TIRE II, 10.1.20, (42) ; TIRE II 12-30.20, (43) ⟶

59) PLAINTIFFs SUFFERED AROUND 96 MONTHS AN ATYPICAL SUFFICIENT TO IMPLICATE A LIBERTY INTEREST; SIGNIFICANT HARDSHIP; Could NOT UNDERSTAND IN FULLY DUE PROCESS HEARING OR WITNESS & TESTIMONY & DENY EQUAL PROTECTION & FREEDOM OF SPEECH; ACCESS TO COURTS TO LITIGATION FAVORABLE CLAIMS; DOCCS ENSURE I WOULD RECEIVED "SOLITARY CONFINEMENT WAS ATYPICAL; SIGNIFICANT HARDSHIP." 52 MONTHS S.H.U. ; 10 MONTHS Long TERM KEEP LOCK ON TOP S.H.U; KEEP ME 6 MONTHS OVER MY RELEASE DATE. NOW 27 MONTHS ; MONTHS; KEEP LOCK DAYS IN BETWEEN; PLAINTIFFs WAS "WRONGFUL CONFINEMENT" FROM 2013-2021 DOCCS VIOLATIONS A LOT OF HEARING BY NOT HAVING HEARINGS BEYOND THE FOURTEEN DAY TIMELINE COMTEMPLATE BY. Comp. Codes R° REGs TITLE 7. § 251-1-5-1; I would ASK FOR COPY OF SAID REQUEST FOR EXTENSION WAS NEVER GRANTED; LETTER WAS NOT ACKNOWLEDGED OR EXPLANATION, "PLAINTIFF ONLY HAD IS REASONABLE ACCOMMODATIONS FOR 5 HEARINGS" DOCKET TALKER"

46) GOING BACK TO 2008; HAD SEVERAL HEARING WITH OUT HEARING AIDS - (SEE ATTACH )

FORM OF RECEIVERING ALL REASONABL ACCOMMODATIONS;
TO BE MOVE TO SING-SING C.F. OR OTISVILL C.F.
; TO ENFORCEMENT THE POLICY OF DISCRIMINATED
AGAINST CONTUNUING WRONG DOCTRINE; TO GET
ALL OF MY OPERATIONS BACKBONE; LOWERBACK,
RIGHT HIP; WHILE ARM RIGHT SIDE FINGER ELBOW WRIST,
REMOVE ALL ROTTEN TEETHS; NEED HEARING AIDS THAT
THE RIGHT MONDING OF BOTHS EARS, THE HEARING AIDS I
GOT DEFENDANTS, J.S, DELIBERATE CAUSE DELIBERATE
INDIFFERENCE TO SERIOUS MEDICAL NEEDS IN VIOLATION OF
MY $1^{st}$, $8^{th}$, $14^{th}$, AMENDANTS...

60) ON OR ABOUT 4.5.2021 TIME 9:50AM B-3 C.O.S
$1^{st}$ FLOOR STATIONS DEFENDANTS C.O. W. CADRETTE,
C.O. M. SANDEZ, PLAINTIFFS COMING BACK FROM KEEP LOCK
HEARING BOTHS DEFENDANTS BECAMES BELLIGRENT BECAUSE
I ASK IF I WILL BE GETTING KEEP LOCK REC, I HAD
FILED PRIOR GRIEVANCES; REPORTED B-3 DEFENDANTS
TO CAPT ANDERSON, ; B-3 DEFENDANTS WAS RETALIATION
FROM REPORTING WILFUL MISCONDUCT; PATTERNED OF ONGOING
POLICY OF DENYING KEEP LOCK PRISONERS 2-REC HOURS
; OTHER FEDERAL DOCUMENTS FROM PRIOR LAWSUIT
WILL SHOW PATTERNING OF SAME BEHAVIOR 11 YEARS LATER
BY DIFFERENTS STAFFS "FAILURE TO PROPERLY
SUPERVISE; PERFORM HIS/HER DUTIES, ; NEGLECT
IN THE PERFORMANCE OF HIS/HER DUTIES,
47)        (SEE-ATTACH)

2020 DEC # 6 # — JUNE. 25. 2021

I ALSO NOTICE BOTHS DEFENDANTS C.O.W.
CADRETTES & C.O. SANDEZ, WILL BRING IN K-2
SYNTHETIC DRUGS ; SELL TO HANDICAPP DEAF & BLIND
PRISONERS THAT WOULD SMOKE K-2- FALL OUT AT EVERY DAY
BASEMENT REC & BOTHS DEFENDANTS WOULD JUST LUGHTI
AT THEM, K-2 - is A TOXIN VERY DEADLY CHEMICAL
2nd HAND SMOKE is SO POWERFUL THAT I FALL OUT ONE
DAY BECAUSE AIR HAD DEADLY TOXIN OF SMOKE, ALSO C.O.
SANDEZ HAS A VERY BAD DOPE HIBITS THAT WHY is NOSE
is ALWAY RED ; HE ALWAYS RUBB ITs. IN VIOLATION OF
1st, 8TH, 14TH

61) ON OR ABOUT 4:00 PM B-3-25-8 CELL   4.9.21 BOTHS DEFEN
dANTS DSP C.L. MORRIS, & C.O. WALLACH WAS MAKING →
AROUND ON B-3 IN FRONT OF MY CELL I ASK DEPUTY C.L. MORRIS, WHAT
TIME DO KEEP LICK GET REC, SHE STATEMENT WAS C.O. W. CANRETTE ;
C.O. S. PERROTTA, TO HER I HAD REC, SO I ASK THE DEPUTYS
HOW MANY TIME THAT YOU'LL GO IN A BLOCKS ; C.O. STAFFS TELL
YOUR KEEP LOCK is GETING REC, C.O. T. WALLACH & C.O. BRENN
AN, BOTHS JUMP UP DOWN ; BEAOMES BELLIGERENT ; MADE ALOT OF
THREATS ; HARASSMENT, & FABRICATED MISBEHAVIOR REPORTS
ITs GOT SO BAD THAT THE DEPUTY HAD TO GAB C.O.S BOTHS
DEFENDANTS TO STOP BUT THEY WOULD NOT LISTEN, I WAS
ALWAYS IN FEAR FEAR FEAR FOR MY LIFE, DOCCS ENCOURAGED
STAFFS TO ENGAG IN VIOLATION BEHAVIOR AS PART OF
48) THEY IMAGE IN VIOLATION OF 1st 8TH, 14TH, Amendment

62)

ON OR ABOUT TIME TOUR 9:00AM 4.15.2021
1ST FLOOR HEARING ROOM C.H.O MORROW WAS DOING 3 →
DIFFERENTS TIRE II ; WITHHOLDING EVIDENCE ; S.D.U.
REASONABLE-ACCOMMODATION I COULD NOT FULLY UNDERSTAND
TESTIMONY OF MY WITNESSES OR "STATEMENT" OF
EVIDENCE RELIED UPON, WAS FABICATED MISBEHAVIORS
REPORTS ; DEFENDANTS C.O. RICE BEFORE ; AFTER HEARING
I WAS DENY ASSISTANT BY C.O RICE, CAUSE EVERYTIME C.O.
TRAVIS WILL TELL HER DON'T BRING BACK LEGAL DOCUMENTAT
ION TO ASSISTANCE MY FABICATED ; DEFENDANTS COILSON
WILL TELL THEM I DON'T NEED POCKET TALKER ; BIGHEADPHONE
; HEARING AIDS TO BE PART OF MY HEARING PATTERNED OF
DISCRIMINATION ALL DOCCS PRISON, IN VIOLATION OF
DUE PROCESS, 1ST, 8TH, 14TH, AMENDMENT,


63)        4.16.2021
ON OR ABOUT TIME 9:45AM 1ST FLOOR HEARING ROOM
DEFENDANTS CHO MORROW ; C.O. J. THOMAS BOTH
HAVING SEX ; WHITE LIQUID ON CHO MORROW FACE
; WAVE SHE A OLD SUPER FREAK A.K.A. OLD →
COYOTE ; SHE MERRY ; PATTERNED OF NOT PROVIDE
HEARING RECORDING FOR FUTURE REVIEW ; DUE PROCESS
APPEALS ; SHE DELIBERATE INDIFFERENCE TO MY
SERIOUS NEEDS, ONGOING POLICY OF VIOLATION OF MY
EQUAL PROTECTION CLAUSE, ; DENY ME REASONABLE
ACCOMMODATION POCKET TALKER ; TO ATTEND ;
49) TO PARTICIPATE IN OVER 6 HEARING FROM 4.4.21 —

64) EXHIBITS(A) FROM W2DE.C.F.; PLS# TO DEFENDANTS A. RODRIGUEZ ACTING DIRECTOR S.H.U. DOCCS.; "UNLAWFUL; YEARS OF PATTERNS OF FABICATED TO ALL OF MY FEDERAL CASES TO HONORABLE P.M. HALPERN: BY A.A.G. JESSICA ACOSTA, PETAJOHN LAST 3 PAGES OF PLS. PARAS (9-22) SHOWS IM IN S.H.U. OVER 300DAYS. FABICATED (3) MR. CRICHLOW IS NOT BEING HOUSED IN A MEDICAL UNIT OR A SHU UNIT. HE IS CURRENTLY IN A REGULAR HOUSING UNIT AT SOUTHPORT. CAUSEING CRUEL; UNUSUAL PUNISHMENT AMOUNTS TO A

65) VIOLATION OF AN ARRAY OF FUNDAMENTAL RIGHTS,; VIOLATION OF THE EIGHTH AMENDMENT, WHICH IS INCORPORTED BY THE FOURTEENTH,; E.P.C., PROHIBITION OF ARBITRARY TREATMENT BASED ON IRRATIONAL STEREOTYPE OR HOSTILITY; THE EIGHTH AMENDMENTS PROTECTION AGAINST CRUEL; UNUSUAL PUNISHMENT,

66) ON OR ABOUT 4.19.2021, B-3-25-8 CELL, TIMES ABOUT 1:45PM TOUR 7AM TO 3PM 1ST FLOOR DEFENDANTS C.O.W. CADETTE, C.O. PERRETTA, C.O. SANCHEZ OR SANDEZ ALL 3 RUSH MY CELL C.O.S. PERRETTA ASSAULTED; BATTERY PUNCHING ME IN FACE; PICK ME UP DROP ON FLOOR; MACE ME, C.O. W. CADETTE PUT THUMP FINGER IN MY ANUS; THEN USED DOCCS METAL PEN-LIGHT FLASHLIGHT CAUSING BLOOD; STOOL TO COME OUT, C.O. SANCHEZ HOLDING ME DOWN I COULD NOT BREATHE; I HAVE CHRONIC BRANCHIAL; ASTHMA; WE DONT CARE MURDER; 50) EXCESSIVE USED OF FORCE AGAINST BLACK PEOPLE

PLACEES HOPE & ASSAUTEN WAS RETALIATION FROM

• PREVIOUS GRIEVANCES & LAWSUITS; ALLEGATION THAT

OFFICERS FROM SEVERAL FORCES BREACHED STANDARDS

OF PROFESSIONAL BEHAVIOUR WHEN THEY USED THE

FACE BOOK EXT MESSAGEN PLATFORM TO SHARE →

INFORMATION CONNECTED TO RAPE & VET RECRUITS

; IS A MISOGYNISTIC CULTURE EXISTS ; USED WHAT APP

TO SHARE WHAT WAS DESCRIBED AS A HIGHLY OFFENSIV

& ; INAPPROPRIATE GRAHIC, DEPICTING VIOLENCE

RAPE AGAINST PROSONERS, WITH COLLEAGUES. &

IF FOLLOW STAFF LAUGE AT "HORRENDOUS CRIMINAL

ACT,"          (SEE ATTACH)

6.1)

PLAINTIFFS LIST HIS DAMAGES TO RAPE AS A RESULT

OF PATTERNED SEXUAL ASSAULTED THAT OCCURRE AT

THE HAND OF SEVERAL DEFENDANTS I HAVE DEVELOPED

SIGNIFICANTS TRUST ISSUES, AS WELL AS PARANOIA &

THE DIFFICULTY FEELING SAFE IN MY DAY TO DAY

LIFE, I EXPERIECE FEAR & RETRAUMATIZATION →

EVERY-TIME IM AROUND C.O, STAFFS OR SENIOR STAFFS

OR MEDICAL STAFFS, AS A RESULT OF THE SEVERALS

INCIDENTS. I ALSO HAVE NIGHTMARES ; DIFFICUL

TY SLEEPING, & AS WELL AS DIFFICITY EXPERIENC

NG NORMAL INTIMACY AS A RESULT OF THE INCIDENTS

I ALSO HAVE HAD PERIODS OF DEPRESSION AND

INTENSE ANXIETY, I HAVE ALSO FOUND MY

MENTAL HEAITH ISSUES TO HAVE BECOME GREATLY

EXACERBATED AS A RESULT OF THE INCIDENT.

5.1)          ( SEE ATTACH)

PAINFULNESSES INCIDENT THAT WILL CONTINUE TO
HAUNT ME ; AFFECT ME IN EVERY RELATIONSHI
P, ; EVERY PERSONAL ENCOUNTER THROUGHOUT
THE REMAINDER OF my LIFE ; "LIKE A METAL &
& SCAR. ITS LIKE SOMETHING if you HAVE A PHYSICAL
WOUND THAT HAPPENED. THAT REFUSED TO HEAL.
EVERYDAY, THAT THIS INCIDENTS THE MEMORY OF ITj is on
my MIND ; ITS TROUBLES ME ALOT BECAUSE I JUST
- IM JUST NOT HEALED FROM IT... IN VIOLATION OF
1ST, 8TH, 14TH, AMENDMENT..

68) ON OR ABOUT 4.19.21. TIME 3:30pm 1ST FLOOR
S.H.V. DENY EMERGENCY TREATMENT AFTER BEING
RAPE DEFENDANTS young FANKER NURSE ; NEW NURSE
JANE-DOE(1) ; SGT JOHN-DOE(1) FAILURE TO RESPOND
PROMPTLY TO A SERIOUS medical NEEDS EMERGENCY OF
DELIBERATE INDIFFERENCE TO CHRONIC PAINFUL &
INTERNAL BLEEDING OUT MY ANN MENTAL ANGUISH ;
FILTH ; SHOCK, ANXIETY, DEPRESSION ; OTHER
MENTAL SUFFERING ; ILLNESS,, ; VIOLATION OF N.Y.S.
; DOCCS POLICY OF SEXUAL ASSAUITED, DOCCS COVER
SEXUAL ASSAUITED UP AT A ALL TIME HIGH. IN VIOLATION
OF 1ST, 8TH, 14TH,
69)

ON OR ABOUT 4.20.20 AT S.H.U. STFLOOR
ROOM TIME BETWEEN 10:00AM ; 12:00pm BOTHS
DEFENDANTS C.O MCCAN ; C.O. HENIRE 7 AM0 11pm
52) TOUR. ( SEE-ATTACH )

WAS TAKE BROKEN ROOK STUPPS THESE ARE PERSONAL STUFFS; I NOTICE ALL OF MY HYGIENE ITEMS ARE IN GRAY GARBAG, I TOLD BOTHS C.O.s DEFENDANTS THEY WAS TAKEN BRAND NEW HYGIENE ITEMS THAT I JUST GOT IN PACKAGE; THEY BOTHS DEFENDANTS C.O. MCGILL ; C.O. HENRE BECAMES BELLIGRENT ; DONT TELL US HOW TO DO OUS JOBS ; I NOTICE I WAS MISSING BIG BAG OF ABOUT 70 GRIEVANCES FILED AGAINST FIVE POINTS. C.F. SO I ASK BOTHS DEFENDANTS THEY REMOVE ME FOR SEARCH ROOM IN VIOLATION OF 1ST, 4TH, 8TH, 14TH, AMENDMENT....

70)" ON OR ABOUT 4.20.2021 TIMES 7:30AM S.H.U. B-18 CELL 1ST FLOOR DEFENDANTS C.O. MC-GILL ; C-O TRAVIS C.O. MEINEKE JR., C.O. R.M. ROBINSON, C.O. JOHN-DOE (1) S.H.U. FAT WITH NO HAIR ON HEAD WHITE ABOUT 6 FEET 3 300 POUNDS, C.O. HENRE ; SGT JOHN-DOE (1) S.H.U. RETALIATION ; DISCRIMINATING AGAINST ME BY "DEPRIVATION OF FOOD; → WATER FROM 4.20.20 — 6.25.21, I DONT HAVE NO SANCTION RESTRITED DIET IN VIOLATION OF DOCCS OWN DIR# 4933 S.H.U. PAGES (9) PART 304 SERVICES § 304.1, 304.2 FOOD, A) B) 1) 2) 3) 4) C) d) E) F) G) ALL ABOVE DEFENDANTS CONSPIRATOR TO DENY ME RIGHTS TO HUMANE CONDITIONS ADEQUATE FOOD, CLOTHING, → SHELTER ; MEDICAL CARE, ; DAILY EXERCISE FOR ABOUT 65 DAYS ; SHOWER DUE TO BROKEN RUSTY WATER VERY DEADLY TOXIC CHEMICAL, I WAS SICK WITH POOR HEALTH ; OTHER ILLNESS BECAUSE I WAS NOT RECEIVE ENOUGH NUTRITION ; CALORIES TO MAINTAIN MY HEALTH ; THE FOOD IXIAS IN-

53) ADEQUATE IN AMOUNT, ; ALWAY SPOILED ; OTHEWISE

UNHEALTHY PRINCIPLES REFUSED ? PROVIDING PROPER INSURANCE OR BOOST FOR YEARS & TT PROVE DOCCS IS NOT

GIVING ME FOOD ADEQUATE TO KEEP ME IN DECENT HEALTH, IN VIOLATION OF 1st, 8TH, 14TH Amendment "

S.H.V. 1st FLOOR B-18 CELL

70) ON OR ABOUT 4.21.21. TIME 7:30 AM HOT WATER is NOT DRINKABLE OR WASHABLE ? THIS PRACTICES THAT ARE "PERSISTENT ? WIDESPREAD "AS TO BE "SO PERMANENT ? WELL SETTLED AS TO CONSTITUTE A CUSTOM OR USAGE WITH THE FORCE OF LAW" ; TO IMPLY THE CONSTRUCTIVE ACQUIESCENCE OF SENIOR POLICY MAKING ? MUNICIPAL LIABILITY, DEFENDANTS C.O. TRAVIS, C.O. MEWE ? WARDEN L.L. ; DSS NEW OF REPORTS, NOTE, LAWSUITES, ? DEFENDANTS WAS "ACTED WITH DELIBERATE INDIFFERENCE TO THE CHALLENGED CONDITIONS ; COMBINATION POSE AN UNREASON ABLE RISK OF SERIOUS DAMAGES TO MY HEALTH, BECAUSE OF PLAINTIFFS POOR HEALTH DUE TO H.I.V. SUFFEREDEN "WEAKEADE IMMUNE SYSTEM ? OTHER ILLNESS LIKE CHRONIC GUM PERIODONTAL DISEASE ; DAILY REPEATED INFECTION ; MOUTH FULLY OF PUS GREEN & YELLOWIS ; UNBEARABLE EXCRUCIATING PAIN & IMMINENT ATTENTION ; DAMAPES 3 DIFFERENT PARTS OF BACK ? PHYSICALLY ; DETERIORATED ; MENTALLY STATES CAUSE PLAINTIFFS CONFUSION, DISCOMFORT, DISORIENTATION OF BEING LOST ? IN FEAR ? ANXIETY. CONSUME OF FOOD WITH TOXIC WATER THAT is PREPARED & SERVED UNDER CONDITION WHICH 54) PRESENT IMMEDIATE DANGER TO MY HEALTH ? WELL BEING

OF 1ST, 8TH, 14TH, AMENDMENT

72)

ON OR ABOUT 4.21.2021 = S.H.V. 18 1ST FLOOR TIME 10:45
AM, DEFENDANTS J. GIBSON T.McS, S.D.Jc CAME TO my
CELL 18-B-BLOCK S.H.U. ; FABRICATE IN MISBEHAVIOR
REPORTS STATEMENT SAYING I WAS NOT QUALIFIED
TO HAVE REASONABLE ACCOMMODATION FOR my DAMAGES
EYES THE STATE ISSUES HANDHEN MAGNIFIER #55
THAT HE GIVE me SAME DAY IN S.H.U ON VIDEO -
TAPE, my "BLURRED VISION" ; its A PATTERNED OF
DISCRIMINATION AGAINST QUALIFIED INDIVIDUAL WITH
SEVERAL DISABILTY SEEING ; HEARING, FROM PARTICIPAT
E IN PROGRAMS ; SERVICES IN VIOLATION OF TWO FEDERAL
LAWS ; NEW YORK STATE HEALTH DEPARTMENT LAWS.
IN VIOLATION OF DUE PROCESS AT HEARING 1ST, 8TH, 14TH,
AMENDMENT.

73) ON OR ABOUT 4.26.2021 TIME 7:30 AM S.H.U. 1STFLOOR
B-18 CELL EVERY DAY C.O.s McGill, C.O. TRAVIS, C.O. JR
MENKE, C.O. M. ROBINSO, C.O. HENRE, C.O. JOHN-DOE(1) S.HU.
FAT WITH NO HAIR ON HEAD WHITE ABOUT 6 FEET 3, 300 pounds
WILL OPEN OUT-SIDE DOOR ON B-BLOCK, A-BLOCK, C-BLOC
; IT BEEN RAINING EVERYDAY FREEZING TEMPERATURES
; AT NIGHT ; TOLD US WE HAVE TO TAKE SHOWER
; WITH DOOR OPEN CAUSEING PLAINTIFFS TO FREEZ 14
DAYS IN ROLL ; OTHER PRISONERS WE ALL COME
DOWN WITH COLD ; FLU, IN HIGHT OF THE
55) COVID-19 - PANDEMIC ; WHEN WE PUT DOWN

FAULKER FAT

young one will Deny us medical TREATMENTS FOR OUS ILLNESS ; DENY, IN DURATION ; ALTERNATIVE WAYS OF KEEPING WARM, ; EXPOSURE REGULARLY TO LOW CELL TEMPERATURES NO BLANKETS, IN VIOLATION OF 8TH AMENDMENT...

74) ON OR ABOUT 5.6.21 AT Albany medical Center its LOC# 35 HACKETT BLvd, DEPT A 5 5 ER; SURAHCTR, BY A.V.D. PHY# JESSICA T. POTTER Audiologist TIME 1:00pm SR1 FLOOR#, SEE EXHibiTs ( )
"REPORT OF AUDITORY BRAINSTEM RESPONSE (ABR) HEARING TESTING"

RECOMMEDATIONS: (1) CONTINUE CARE WITH DCP AS SCHEDULED OR RECOMMENDED...
(2) CONTINUE USE OF AMPLIFICATION; THE PATIENTS CURRENT AMPLIFICATION IS NOT SUITABLE FOR HIS HEARING LOSS. AN UPGRADE IN TECHNOLOGY WOULD ALLOW HIM THE STIMULATION NECESSARY...
(SEE ATTACH)

75) PLAINTIFFS ALLEGE BOTHS THE EXISTENCEING OF AN ONGOING POLICY OF "DELIBERATE →
INDIFFERENCE TO HIS OR HER SERIOUS MEDICAL NEEDS"; SOME NON-TIME-BARRED ACTS TAKEN IN THE FURTHERANCE OF THE POLICYS PATTERNED OF UNCONSTITUTIONAL DOCS POLICY(S)
( SEE-ATTACH)

56)

"CORONAVENCE THAT I SUFFER FROM" WITH

HEALTH SERVICES POLICY MANUAL ITEM #1.43.

SPECIALTY CARE REFERRALS, THE FACILITY
HEALTH SERVICES DIRECTORS (FHSD) HAVE
THE SOLE RESPONSIBILTY FOR PROVIDING
TREATMENT TO THE INMATES UNDER THEIR
CARE:

PLAINTIFFS ALLEGES LIKE THE (MWAP POLICY)
BOTHS ARE UNCONSTITUTIONAL BECAUSE DOCCS
SEND PRISONERS TO OUT-SIDE HOSPITAL OR
TO THEY OWN "REGIONAL MEDICAL UNIT R.M.U.
TO SEE SPECIALIST IN DIFFERENT TYPE OF Field
LIKE H.I.V. OR AIDs SPECIALIST IN INFECTIOUS
DISEASES; OR OPERATIONS, OR SPECIALIST IN
COLONOSCOPY OR HEARING AIDS OR TESTS; SPECIALIST
EYES DOCTORS, OR DENTALIST; HAND SPECIALIST, DOCCS
WILFUL MISCONDUCT is TO NOT SPEND MONEY ON
PRISONERS HEALTH CARES; TO ENRICHMENT DOCCS BY
HOLDING OFF FOR YEARS; YEARS CAUSING MORE DAMAGES
; EVEN DEATHS TO SOME PRISONERS FROM THIS UNCONSTITUTION
AL POLICY, "ALL OF MY HEALTH NEED IMMINENT ATTENTION
; ITS BEEN SYSTEM PROBLEMS CAUSEING EXCRUCIATING
PAIN; BOTHS PHYSICALLY & MENTALLY DETERIORATED".

76) DEFENDANTS WILL FORCEIFY MEDICAL DOCUMENTS AND
ALTER MY MEDICAL FOLDER; DEFENDANTS AUDIOLOGY
GRAM JOHN SHERHAN, DR. GUZMAN, N.P. A. ANDOLA,
57); "CONSPIRACY; J. GIBSON; DEPUTY MORRIS WILL
PLOTTED AGAINST PLAINTIFFS AS A ——➔

CORE TEAM ; FABRICATED A CONFLICTING STORIE, ; DEFENDANTS ALL ABOVE ACTED OUT-SIDE THE SCOPE OF THEIR EMPLOYMENT ; EVEN THE DENTIST MAY REFUSED TO TREAT A PATIENT WHO HAS PLAINTIFFS H.I.V. STATUS OUT OF FEAR THAT THE DISEASE WILL BE TRANSMITTED BY ACCIDENT DURING THE TREATMENT PROCESS ; SAY MY H.I.V. MIGHT END UP ON DENTAL TOOLS, ; "EDS DIAGNOSIS.

15)

AFFECTING BOTHS LERGE ; SMALL JOINTS RECURRING JOINTS, SUBLUXATIONS ; DISLOCATIONS, ARTHRALGIA ; TENDER MUSCLE CONTRACTURES, OR ("TRIGGER → POINTS") ; BACK 3 DIFFERENTS PARTS ; RIGHTS HIP ; RIGHTS SIDE OF BODY, IMPAIRMENT IS SEVERE WITH CONSISTENT CHRONIC PAINFULNESS ; RECORDS OF X-RAYS OF SPINAL CORD, FACE, RIGHT HAND, LEFT FOOT IS DEFORM ; PERSISTENCE NERVE DAMAGES IN ALL ABOVE AREA, ALSO 15 YEAR OF ROTTEN TEETHS DOCCS REFUSED TO REMOVE OR REPLACES, DOCCS DEFENDANTS OWN OBSERVATIONS OF PLANTIFFS ; URGENCY CARE. ROUTINE OF IMMINENT DANGES ; EXISTENCEING ONGOING POLICY OF DELIBERATE, INDIFFERENCE TO MY SERIOUS MEDICAL NEEDS ; EXHIBITS ( ) "DOCCS OWN N/YS- DOCCS, HEALTH SERVICES SYSTEM REQUEST ; REPORT OF CONSULTATION ; RIGHT BOTTOM PAGES DATE 5.24.21, HL-30 BILATERALLY BY DEFENDANT JOHN SHERMAN ; DEFENDANTS ANN. ANDOLA,

58)

ACCOMMODATION TECHNOLOGY UPGRADE IN ALL AMPLIFICATION SYSTEM ; NEW HEARING AIDS MOLDED FOR MY EARS ; MY ABILITY TO UNDERSTAND ; PARTICIPATES IN 6 - DUE PROCESS HEARING ; OTHER PROGRAMS AREAS IN PRISONS WAS ALSO DEPRIVATION ; WITH THE COVID-19 STAFFS SOMETIME WEAR MASK SO I COULD NOT READ LIPS, ; MY ORDER ⟶ PRESCRIPTION BY PROFESSIONALS IN DEAFNESS FROM "ALBANY MEDICAL CENTER JESSICA T. POTTER, AU.D. AUDIOLOGIST WAS DISREGARDED, BY DEFENDANTS ALL OF THEM AT EASTERN. C.F. "CHO-MORROW" DUE PROCESS VIOLATION, ; ALL DEFENDANTS MEDICAL DEPARTMENTS ; MOTIVE WAS RETALIATION ; PHYSICIAN EXAMINING TEST WAS PROOF OF PLAINTIFFS PREEXISTING DISABILITY ; WITHOUT AMPLIFICATION SYSTEM ; NEW HEARING AIDS ; THE FAILURE TO TREAT MY CONDITION RESULT IN FURTHER SIGNIFICANT INJURY ; THE UNNECESSARY ; WATON INFLICATION OF PAIN ; PLAINTIFFS) ALLEGED BY PRACTICES THAT ARE "PERSISTENT ; WIDESPREAD" AS TO BE SO PERMANENT ; WELL SETTLED AS TO CONSTITUTE A CUSTOM ; POLICY FAILURE OF SENIOR PERSONAL WHO HAVE KNOWLEDGE OF A PATTERN OF 2 FEDERAL LAWS BY SUBORDINATE UNCONSTITUTIONAL ACTIONS, AND CONSCIOUSLY CHOSE TO IGNORE THEM AMOUNT DELIBERATE INDIFFERENCE SERIOUS MEDICAL NEEDS, IN VIOLAT OF 1ST, 8TH, 14TH, AMENDMENT

ON OR ABOUT, 5.19.21 S.H.U. 1ST FLOOR B-18 CELL AT 12:00PM LUNCH TIME PLAINTIFFS TOLD BOTHS DEFENDANTS ( SEE ATTACH)

C.O. McGill & C.O. Travis BOTHs Deny me
Food its BEEN Going on Since 4.19.21, & I TOLD BOTHs

DEFENDANTS THEY WAS IN VIOLATION OF MY RIGHTS THEY
WAS STARVING ME TO DEATH & NO WATER TO DRINK AT
ALL & DEFENDANTS McGILL SAID IM BEEN DRINKING
ALL NIGHT & DAY & I/h DRANK & I SAID youLL ALWAYS
DRANK HE BECAME BELLigERENT & GOT HIS CAN OF MACE
& RUN TO MY CELL & PUT HIS HAND INSIDE MY CELL DOOR
SPRAY A WHOLE CANE OF MACE INTO MY FACE EYES NORSE
THEN SAID I ASSAULTED HIM & TELL C.O. TRAVIS TO OPEN
MY CELL SO THEY COULD KICK MY ASS, HE ON S.H.U.
VIDEO-TAPE FROM 12:00PM INTO 12:50PM ACTING CRAZY
& BELLIGERENT, C.O. TRAVIS SAID THIS IS FOR LAST TIME
BEING AT EASTERN C.F. THIS WAS RETALIATIONS FROM
GETTING ALOT OF STAFFS OUT OF S.H.U. IN MY CIVIL RIGHTS
ACTION CRICHLOW -VS- FISHER 12-CV-7774 (NSR) ITS
TOOK 6-HOURS BEFORE I GOT HEALTH TREATMENT & DEFENDANT
XNURSE OLD FAT FAULKER SAID IT NOTHING WRONG WITH
ME I COULD NOT SEE AT ALL & Blood VESSEL IN BOTHs EYES
& STILL HAVE VISION COME & GO-OUT & LIGHT HURT MY EYES
TO POINTS UNBEARABLE HEADACHE & SOMETIME I SEE (1)THING
MULTIPLE TIMES, & BURNING EYES VISION IS BLURRED DAILY.
PLAINTIFFS GOT FABRICATED MISBEHAVIOR REPORTS IN
VIOLATION OF 1st, 8TH, 14TH, AMENDMENT...

77) ON OR ABOUT 5.20 21, TIME 7:50AM S.H.U, 32 CELL
G-Block PLAINTIFFS RAE ASSAULTED By DEFENDANT
60) C.O. Robinson, C.O. T.

C GALLERY SHOWER C.O.T. BREBNAN, RE ASSUITED; PLANTIFF HAD OF WATES CHAIN; HANDCUFF, FIRST C.O. TRAVIS RUNE INTO SHOWER AREA PUNCHING ME IN FACE BROKENING MY NORSE ON RIGHT SIDE OF FACE; CAUSING DAMAGES UNDER RIGHT ORIT EYE REBROKENING RIGHT SIDE OF FACE C.O. JR. MEINEKE, C.O. JOHN-DOE(1) S.H.W. FAT WITH NO HAIR ON HEAD; WHITE ABOUT 6. FEET 3, ABOUT 300 pounds HAD MY ON SHOWER FLOOR C.O. JR. MEINEKE HAD IS FEET ON MY NECK I TOLD THEM I CANT BREATHE; ——→ I HAVE CHRONIC BRANCHIAL ASTHMA, C.O. JOHN-DOE(1) S.H.W 300 pounds SAID WE TREAT ALL OF YOU MINORITVE UNTUS SAME AS "POLICE DO YOURLL IN STREET," THEN C.O. JOHN-DOE(1) 300 pounds SAID I GET THEM TO ERASE THE VIDEO-TAPE LIKE YESTER-DAY, WE MOVE HIM OVER TO SIDE WITH P.C. ON A-BLOCK CAUSE THEY ONLY "CAMERA" I PLAINTIFFS RECEIVED NO MEDICAL TREATMENT FOR MY INJURYS BY NURSE(S) DEFENDANTS HADS A PATTERNED OF RETALIATION; USE OF EXCESSIVE FORCE AGAINS PRISONERS; DEFENDANTS ARE LIABLE OF THEIR DELIBERATE INDIFFERENCE TO PROTECTING PRISONERS; TO SERIOUS MEDICAL NEEDS IN VIOLATION OF DUE PROCESS $1^{ST}$, $8^{TH}$, $14^{TH}$, AMENDMENT, LOCK IN——32-CELL-C-BLOCK

78) ON OR ABOUT 5.20.21 TIME 7.30am 32-CELL-C-BLOCK BOTHS DEFENDANTS C.O. JR. MEINCEKE; C.O. ROBINSON RETALIATIONS; REASSAUTED ME FOR 3nd TIME BY USEDING THE DEPREVED BOX; USED IT AS A TOOL TO RE-ASSAUSTED MY HANDICAPP HAND BY

61)

USING THE LONG PLEXIGLAS; WHICH I USED
MY DOMAIN HAND WITH METAL ROD & SCREWS POP OUT THE
TOP PART OF HAND THEY BOTH C.O. ROBINSON WAS HOLDING UP

HAND WHY C.O. MEIHCLE JR WAS "SMASHING DOWN ON
MY HAND AS HARD AS POSS POSABLE CAUSEING PERMANE
NTLY CRIPPLED & UN DELI'CY CARE THAT I STILL
TO THIS DAY HAVE NOT GOT & NERVES DAMAGES ?
THEY BROKEN 2-KNUCKLES MIDDLE FINGER HAS CUT SO
DEEP YOULL CAN SEE METAL ROD AT TOP & PINK KNUCKLES
FROM MY TIP OF FINGER UP MY WHOLE DOMAIN HAND
IS ALL BLACK & BLUE ; WAS DENY UNDELICY
CARE & OPERATIONS, FOR BROKEN KNUCKLES, & ALSO
& HAD WRITTEN ABOUT 7 GRIEVANCES ABOUT THE S.H.U.
BEING UNCONSTITUTIONAL & HAVING EXCRUCIATING PAIN
& PATTERNED OF SAME VIOLATIONS FROM PROIN CIVIL
LAWSUITES, THIS RETALIATION IS DOCCS CORPORAL-PUNISH
MENTS, IN VIOLATION OF CONTINUING CRIMINAL ENTERPRISES,
TITLE II § 408 OF THE ORGANIZED CRIME CONTROL
ACT OF 1970 ; 18, 29 U.S.C.A. § 667 OCCUPATIONAL
SAFETY & HEALTH ACT OF 1970 ε ; 18.U.S.C. 1960 –
1967 (6) (1),(2),(3),(4),(5),(6),(7) "RACKETEER INFLUENCED
& CORRUPT ORGANIZATIONS ACT (RICO)" & [18 U.S.C.§
1962] '8 U.S.C, § 1964(c) & 1962 (1),(2),(3),(4),(5),(6),(7) 1962-
(A)-(C)) & SECTION 1962 ; 1964,(C) & VIOLATION 1st 8TH, 14TH
AMENDMENTS

19) ON OR ABOUT 5.21.21. TIME 9:00AM AT S.H.U. 1st
62) FLOOR A-BLOCK 4-CELL, I WAS PLACE DAY BEFORE
THE AREA WEAR THEY KEEP I.P.C. & P.C.

OUT MY CELL WINDOW YOU'LL SEE A LIL BUILDING WITH
S/H/U/ ON IT ; ON BOTHS SIDE OF THAT DOOR IS TOO BIG
WHOLE THAT HAS SMELL ALL DAY ; NIGHT OF DEAD
ANIMALS PROTECTED BY ENDANGERED SPECIES, ACT OF
1973, ; WATER IN CELL IS NO good TO DRINKS, ;
I NOTICE WARDEN L.L. ; DSS JOHN-DOE, ; CAPT →
DEFENDANTS ANDERSON ; L.L. DSS, THEY SAID THEY
KNEW ABOUT ALL OF BIRDS ; OTHER ANIMALS ;
PROBLEM BEEN THERE FOR **LONG TIME** ; YOU'LL HAVE TO
STOP MAKING BIG, ISSUES TELLING EVERYTHING ABOUT
THE PRISONS ; I KNOW WHAT HAPPEN DOWN HERE
I SAW ONE OF TAPE OF ASSAULTED ; I TOLD THEM WHAT
ABOUT REST OF ASSAULTED AT PRISONS, B-BLOCK 15 CELL
DIVIN' S. WAS ASSAULT, 16-CELL B-BLOCK SMITH WAS ASSAULTED,
; 17 CELL WAVER WAS ASSAULTED ALL BY STAFF. WITHIN 60 DAY.
(SEE ATTACH)
BO) ; ITS A ON GOING CUSTOM ; FACTUAL SUPPORT THAT
IS PROBATIVE OF A WIDESPREAD ; REPEATED OCCURR
RENCE" ; ITS PUBLICLY REPORTED ; INFORMATION ABOUT
EXPERIENCES OF MY-SELF ; OTHER PRISONERS ; THEY
WILL CORROBORATE MY ALLEGATIONS OF BEING PATTERNED
OF ASSAULTED AGAINSTED ME ; OTHER ; THEY TESTIMONY
IS VERY RELEVANTS TO ALL 3 OF MY HEARING, THEY
WARDEN SAID THAT NOT going TO HAPPEN CAUSE
THEY BEEN TRANSFER OUT SO THEY WILL NOT BE AT
MY HEARING, SO I ASK WARDEN ABOUT MY LAST
3 HEARING ; THERE NO HEARING TAPE SO HOW
DO I APPEAL WHEN ALL OF MY RELEVANTS

INFORMATION & WITNESSES ARE MISSING DENYING MY DUE PROCESS RIGHTS TO ACCESS TO COURT AS WELL NOT ISSUES MY REASONABLE ACCOMMODATION & I COULD NOT PARTICIPATE, SEE EXHIBITS "DLS SHOWING PATTERNED OF CORPORAL PUNISHMENT & RETALIATION GO BACK TO 2011 - 2012 AT EASTERN.C.F. & EVERY TIME I FILED A GRIEVANCES WITHIN 24 HOURS I RECEIVED A FABICATION MISBEHAVIOR REPORTS... IN VIOLATION OF $1^{ST}$, $8^{TH}$, $14^{TH}$, AMENDMENT...

81.) ON OR ABOUT MAY 24TH, 2021 MEDICAL DEPARTMENT $1^{ST}$ FLOOR & DEFENDANTS M.D. ANN. L. ANDOLA, FILED A FABICATION MEDICAL DOCUMENTS THAT WENT AGAINST ALBANY MEDICAL CENTER HEAD AU.D. AUDIOLOGIST JESSICA J. POTTER, PLAINTIFFS ALLEGES THAT THE DEPRIVATION OF HIS PRESCRIBED HEARING AIDS & OTHER UPGRADE IN AMPLIFICATION TECHNOLOGY, DEPRIVATION TO ALL OF Him PROGRAMS AREA IN PRISONS & DUE PROCESS HEARING & THE REMOVE FROM REASONABLE ACCOMMODATION PRISONS ARE PART OF A ONGOING EXISTENING POLICY IS INADEQUATE & UNAUTHORIZED INTENTIONAL DEPRIVATION OF PROPERTY & DISCRIMINATION UNDER ANY PROGRAMS OR ACTIVITY THAT RECEIVED FEDERAL FINANCIAL ASSISTANCE, & PLAINTIFFS ESTABLISH THAT THE ALLEGED TITLE II VIOLATION WAS MOTIVATED BY BOTHS "DISCRIMINATORY ANIMUS & ILL WILL JUST TO CAUSE PAIN & SUFFERING & DEFENDANTS FAILED TO PROVIDE ME WITH 2- WORKING HEARING AIDS & BATTERIES & ITS AMOUNTS TO A VIOLATIONS OF AN ARRAY OF FUNDAMENTAL RIGHT, EQUAL PROTECTION CLAUSE & PROHIBITION OF ARBITRARY TREATMENT BASED ON

8TH

AMENDMENT'S PROTECTION AGAINST CRUEL & UNUSUAL PUNISHMENT, PLAINTIFFS is QUALIFIED INDIVIDUAL WITH A DISABILITY ; WAS DENY THE BENEFITS TO →
PARTICIPATION IN DOCCS PROGRAM ; ACTIVITY & PLACE IN S.H.U. OVER 27 MONTHS BY BEING A WHISTLE BLOWER A FIRST AMENDMENT RIGHT TO BE REHABILITATION BY REPORTING ALL CRIME & CORRUPT AT ALL DOCCS PRISONS ; PRIOR TO FILING ABOVE ACTION I SEND ABOUT 68 MONTHS IN SHU. CAUSE OF GRIEVANCES LAWSUITE & WHISTLE BLOWERS IN VIOLATION 1ST, 8TH, 14TH, Amendments.
88)

ON OR ABOUT MAY-24-2021, 1ST FLOOR S.H.U. HEARING ROOM, TIME 2:00pm CHO MORROW DEFENDANTS WAS UP-SET ; RETALATION BY PLAINTIFF Filed PRIOR APPEAL ON 3 HEARING DONE BY CHO MORROW, CAUSE OF 3 HEARING HAD NO HEARING TAPES ; ALBANY STILL TRY TO COVER UP HEARING BY DEFENDANTS S.H.U. HEAD RODRIGUEZ NEW NO HEARING BEING DONE BY CHO MORROW WAS ALL BLINK DENY US ALL ACCESS TO COURT BY NOT HAVING RELEVANTS TESTIMONY OF MY WITNESSES STATEMENT ; NO HEARING PACKAGES DOCUMENTS TO REVIEW ; PRIOR MISBEHAVIOR WAS ALL FABICATIONS TO COVER UP STAFFS MISCONDUCTS ONLY MODIFIED 7 MONTHS S.H.U. TO 2 MONTHS SHU. WHEN ALL 3 PRIOR HEARING SHOULD BEEN DISMISS IN FULLY AT NEW HEARING I NOTICE THAT FALSE PHOTOS OF COPY OF BOOST FOR $129.99, WAS NOT EVEN THE BOOST C.O. MCGILL OWN OR HAD ON THE DAY OF MAY.19.2021, SO PLAINTIFFS
65) ASK AGAINST FOR VIDEO-TAPE ; PHOTOS OF DAY
88) OF INCIDENT 5.19.21 WAS ALL FALSE ; I Need

FULLY PARTICIPATE IN MY DUE PROCESS SHE CHO-MORROW BECAME BELLIGERENT ¿ KICK ME OUT OF NOT ONE HEARING, BUT ALL 3 HEARINGS, JUST TO COVER UP STAFFS IN S.H.U MISCONDUCT ¿ WRONG → CONFINEMENT ON 3 HEARING AGAIN ¿ TO COVER UP E-FORCE WAS APPLIED IN A MALICIOUS ¿ SADISTICAL MANNER TO CAUSE SERIOUS DAILY HARMS, DEFENDANTS ALL OF THEM ACTED OUTSIDE THE SCOPE OF THEIR EMPLOYMENT ¿ THE PERJUROUS ¿ BIASED TESTIMONY OF STAFFS, THE LACK OF A.D.A ACCOMMODATION ¿ REFUSAL OF CHO MORROW DENY TO MY WITNESSES ¿ TO HEAR RELEVANT TESTIMONY ¿ TO REVIEW VIDEO-TAPES ¿ DANGER OF IMMINENT HARM BY CHO-MORROW UNCONSTITICIAL COMMITMENT TO SHU. AND I DONT WENT TO BE IN S.H.U. CAUSE I DID NOT DO NOTHING WRONG ¿ C.O. MC.GILL ¿ CHO-MORROW USED FALSE INFORMATION TO ENRICHMENT DOCCS ¿ C.O.MCGILL THAT NEVER HAD BOOST THAT WAS COST 129.99 OR OTHER STUFFS ¿ PLAINTIFF SUFFERING BOTHS PHYSICALLY ¿ MENTALLY DETERIORATED FROM WRONGFUL CONFINEMENT ¿ THIS IS A ONGOING POLICY ¿ PLAINTIFFS IS BEING DENY OPERATIONS ¿ ALL BRACES AND CANE WAS TAKEN ¿ OTHER ILLNESS THAT CAN KILL ME ARE NOT BEING ADDRESS LIKE COVID-19 AT SOUTHPORT.C.F. IS NOT A.D.A. PRISONS IN VIOLATION OF 1ST, 8TH, 14TH, AMENDMENTS

66)

(63)

ON OR ABOUT MAY 25, 21, 1ST FLOOR S.H.U. MEDICAL
ROOM TIME 11:AM DEFENDANTS DR. GUZMAN is
IN TWO PRIOR LAWSUITE 2012 ° 2018 FOR THE SAME
THING, ON ABOUT DATE DEFENDANTS DR. GUZMAN TOLD
ME THAT I HAD A HUB HOLD DUE TO MY HEALTH
° BEEN YEARS SINCE I RECEIVED TREATMENT ° I
WAS SCHEDULED FOR SEVERAL OPERATIONS ° OVER DUE
ON COLONOSCOPY ITS BEEN 5 YEARS 90 DAYS STILL HAVE
NOT HAD AND COLONOSCOPY ° PERFORM AN UPPER GI ENDOCOPY
° HE WAS PUTTING HOLD SO I COULD NOT MOVE OUT OF HUB, °
OPERATIONS ON RIGHT HAND CAUSE METAL ROD POPPING OUT TOP PART
OF HAND, BOTHS CAUSEING UNBEARABLE PAIN ° NUMBNESS, ITS BEEN
SINCE 2017 LAST OPERATION LEFT THUMB 1/2 PARALYZE HAND is
NOW CRIPPLE ° DOFORM ° BOTHS MEDICAL CONDITION THAT
SIGNIFICALITLY AFFECTS MY DAILY ACTIVITIES ° EXISTENCE
OF CHRONIC ° SUBSTANTIAL PAIN," SERIOUS MEDICAL NEEDS ° is
URGENCY ONE THAT MY PRODUCE DEATH DEGENERATION
° EXTREME PAIN, DELIBERATE INDIFFERENCE ° EMERGENCY
CARE IN VIOLATION OF 8TH, AMENDMENTE...

(64)

ON OR ABOUT MAY. 30-21 1ST FLOOR MEDICAL DEPARTMENT
TIME 11:00AM I WAS SCHEDULED TO SEE DEFENDANT
AUDIOLOGY JOHN SHERHAUL, SOON AS HE SAW ME HE SAID I MADE
WRONGE PRISONERS ° HE KNOW I'M DEAF ° HARD
OF HEARING ° I TOLD HIM WHAT DR. JESSICS T. POTTER
AU. D. A UDIOLOGIST SAID ABOUT NEW HEARING AIDS ° BATTELLM
ABOUT UPGRADE IN ALL OF TECHNOLOGY, HE BECAME

BELL'S CREW ; THE WAY TO MAKE MONEY FOR NEW
HEARING AIDS, DEFENDANT JOHN SHERHAN IS ALSO

DEFENDANTS FROM PRIOR LAWSUITE GOT SOMEBODY
ELSE HEARING AIDS ; FORCE THEM SO HARD IN MY EAR
HE BUST MY LEFT EAR DRUM ; CAUSE BLEEDING AND
MORE DAMAGES TO BOTHS EARS AS RETALATION FROM A
PROTECTED CONDUCT ; ALLEGES A POLICY OF A WIDESPREAD OR
REPEATED OCCURRENCE OF DOCCS STAFFS CONFISCATED ;
DESTROYEDING ; ALWAY WAS DELAY IN PROVIDING
REPLACEMENT ACCOMMODATION AT ALL OF DOCCS PRISXLS ;
BEING REMOVE FROM REHABILITATION ACT PROGRAMS ;
PATTERNED OF A.D.A. VIOLATION DEFENDANTS CONSPIRACY
TO COMMIT CRUEL ; UNUSUAL PUNISHMENT ; INTENTIONAL
INFLICTION OF EMOTIONAL DISTRESS ; CONSPIRACY TO
VIOLATE PLAINTIFFS CIVIL RIGHTS IN VIOLATION OF 42 U.S.C.
§§ 1983 PLAINTIFFS SEEK COMPENSATORY ; EXEMPLARY DAMAGES
; PROSPECTIVE RELIEF ; PRELIMINARY ; PERMANENT →
INJUNCTIVE RELIEFS IN VIOLATION OF 1ST, 8TH, 14TH, AMENDMENTS..

85) ON OR ABOUT 6.4.21. TIME 10:00AM DEFENDANTS
CHO-MORROW DENY ME MY DUE PROCESS HEARING BY REMOVING
ME my FROM ALL 3 HEARING ; WRONG CONFINEMENT BY DENYING
ME SEVERAL WITNESSES TESTIMONY ; STATE COULD HAVE
AVOIDED, ; DOOF THAT MY WITNESSES TESTIFIED IN SUPPORT
OF PLAINTIFFS VERSION OF EVENTS, ; PLAINTIFFS WAS DEPRIVED
OF A FAIR HEARING CAUSE OF BEING REMOVE ; DENY TESTIMONY
OF WITNESSES THAT I WAS TRANSFER TO COVER UP
68)              ( SEE ATTACH )

PLACEMENT IS THE ACTUAL INJURY WHICH IS
COMPENSABLE AWARD DAMAGES CAUSE OF PATTERNED
DENYING REASONABLE ACCOMODATION, PLAINTIFFS IS
ENTITLED TO MORE THAN NOMINAL DAMAGES FOR
THE CONSTITUTIONAL DEPRIVATIONS OCCASIONED FOR
YEARS PLAINTIFFS HAS SUFFERED AN ACTUAL INJURY
ENTITLING PLAINTIFFS TO COMPENSATORY DAMAGES
WHICH SHALL BE ASSESSED JOINTLY & SEVERALLY
AGAINST DEFENDANTS ALL DOCCS & AWARDED FOR →
ILLEGAL SHU CONFINEMENTS IN VIOLATION OF $1^{ST}$, $8^{TH}$, 14TH,
AMENDMENTS

86) ON OR ABOUT 6.5.2021, PLAINTIFFs LOCATION S. HU $1^{ST}$
FLOOR A-4-CELL TIME 7:30AM DEFENDANTS C.O. MC.GILL,
C.O. M. JR, BOTHS DENY ME MEDICAL TREATMENT FROM
UNBEARABLE PAIN & INFECTION IN MOUTH & I SHOW THEM
GREEN & YELLOW PUS, & THAT CONTAMINATED WATER IN
CELL & WATER CONTAMINATED THEY WAS PASS OUT WAS
CAUSEING ME TO VOMTIC UP BLOOD & STOOL ALSO HAD
EXCRUCIATING PAIN WHEN USEDING BATHROOM, & ABSCESS FOR
REPEATED INFECTIONS & ALL OF MY TOOTHS ARE ROTTEN & I
KEEP FALLING CAUSE OF MY BODY NO HAVEING WATER TO
DRINK FOR MONTHS & ITS BEEN VERY HOT & BOTHS MY
PHYSICALLY & MONTALLY DETERIORATED WITH PERIODONTAL
DISEASE IN MY GUMS & MOUTH & NEED TO SEE DENTALIST
& IT AMOUNT TO CRUEL & UNUSUAL PUNISHMENT THEY SAID
69) WE DONT CARE CAUSE YOU A ASSHOLE SO IT GOOD FOR
YOU! STOP WRITEING GRIEVANCES, SEE-ATTCH

EMOTIONAL DISTRESS; PAIN; SUFFERING IN
VIOLATION OF DISPLAYED DELIBERATE INDIFFERENCE
SERIOUS medical Needs, IN VIOLATION OF 8TH Amendments
SEE EXHIBITS ( )

TIME 10:37AM

87) ON OR ABOUT 6. 10.21, BOTHS WARDEN L.L.;
DSS JOHN-DOE(1) CAME TO MY CELL S, H.U. 1ST FLOOR
A-4-CELL; TOLD ME IT WILL NOT BE MUCH LONG
; SHOW ME TWO FINGERS INCHS APART; THAT
I WILL BE TRANSFER OUT THE HUU, ; TOLD BOTHs
DEFENDANTS I HAD A MEDICAL HOLD CAUSE OF →
EMERGENCY; SERIOUS MEDICAL CONDITIONS, WE
GOT E-MAIL BACK FROM ALBANY; YOUR OUTER
HERE IN TWO WEEKs, ON GOING POLICY OF
DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL
NEEDS, IN VIOLATION OF 1st 8TH, 14TH, AMENDMENT.

88) ON OR ABOUT 6. 22-2021, S, H.U. 1ST FLOOR, A-
4-CELL TIME 7:00pm MEDs RUN NURSE II BROKEN
SKIN WEST INDIAN CAME TO MY CELL; SAID
I HAD TO PREP WITH 2 DAYs OF COLYTE TYPE →
PURGATIVE PRIOR TO THE NEXT COLONOSCOPY ORDER
BY DR. GUZMAN, "DEFENDANT(s) IN CRICHLOW-VS-
ACTING COMM ANTHONY J ANNUCCI DOCS ET. AL.
18-CV-03222 (PMH) " "3rd AMENDED COMPLAINTS"
; CRICHLOW-VS-FISHER 12-CV-07774(N/SR)
IT WAS A "RETALIATION ROUTINELY CORPORAL PUNISHMENT
; PATTERNED OF ONGOING EXISTENING DELIBERATE INDIFF
70) ERENCE TO SERIOUS MEDICAL NEEDS. (SEE ATTACH )

PREP THE PRESCRIBED ↑ EXTENDED
PREP WITH 2 DAYS OF COLYTE TYPE, ALSO TWO DAYS WITH
OUT FOOD, ON OR ABOUT 6.25.2021 PLAINTIFFS
WAS TRANSFER TO DOWNSTATE C.F. 24 HOURS
THEN TO "SOUTHPORT C.F. S.H.U. MEDICAL
DEPARTMENT. 1ST FLOOR BACK PART OF THE UNIT
CELL ONE BEFORE GETTING THERE I WAS IN
DRAFT - PROCESS WHICH DEFENDANT, SGT →
GILMOUR, ∮ IN LAWSUIT CRICHLOW v COMM OF N.Y.
S. DOCCS 1:18-CV-03222 (PMH) ¦ DEFENDANT NURSE II
NIKKI GOULD, TIME 7:00AM STRIPP ME OF MEDICAL
MEDS ¦ LIFE SUSTAIN MEDS FOR H.I.V. ¦ OTHER
UNTREATED COMMUNICABLE DISEASES ¦ CAUSE ENDANGER
PLAINTIFFS LIFE, ¦ DEFENDANTS SGT, GILMAR TOLD EVERY
BODY I ASSAULTED STAFFS AT SULLIVAN. C.F. WHEN HE
⬛ WAS C.O., ¦ STRIPP ME OF ON A MEDICAL ⬛⬛ TRIP
FOR MY COLONOSCOPY ¦ REFUSED TO FEED ME ¦ 2 DAYS OF
COLYTE TYPE STRIPP ME OF BODY "PROTEIN," "CALORIES" "VITAMINS"
¦ "MINERALS ¦ THERAPEUTIC NUTRITION, ¦ STRIPP ME OF MEDICAL ISSUES
BRACE ¦ ITS OBSERVED THAT METAL ROD ¦ SCREWS WAS POPPED
OUT TOP PART OF HAND, ¦ HAVING EXCRUCIATING PAIN ¦ SUFFERED
¦ I DESCRIBE MY PROBLEM TO DEFENDANTS SGT, ⬛ GILMOUR,
¦ NURSE II N. GOULD, THEN SGT GILMOUR SAID HE DONT GET
⬛ NOTHING NO FOOD OR MEDS THIS WENT ON FOR OVER 72
HOURS ABOUT 3 DAYS INTO 6.28.20, ¦ PLAINTIFFS VOMITING ¦
PASSING OUT ¦ COLD ¦ HOT FEVER, SYMPTOMS OF COVID-19
IN VIOLATION OF 8TH AMENDMENT ¦ FAIL TO FOLLOW THE
71 FEDERAL GUIDELINES FOR H.I.V.

BACK PART OF MEDICAL UNIT, DEFENDANTS, DEFENDANTS NURSE II
FLOYD L. FULLER ; C.O. PETER A. MASTRANTONIO, ¢ 1ST FLOOR

C.O. BLACK. BALD HEAD ¢ TATTOO, ¢ DEFENDANTS BENJAMIN
AMY OKES N.P, TOOK ME TO 1ST ROOM IN BACK PART OF
MEDICAL UNIT, ¢ LIKE HE WAS SUPPOSE TO DO EXAMINATION
NEXT I BEING ATTACK BY STAFFs C.O. PETER A MAST
RANTONIO REPEATEDLY STRUCK PLAINTIFFS ABOUT HEAD ¢
FACE ¢ DEFENDANTS NURSE II F. FULLER PICK ME UP IN AIR
¢ SMASHED MY BODY ¢ CHIN AGAINST CONCRETE ¢ KICKING
ME IN MY LOWER BACK ¢ CENTRAL CAUSING MORE DAMAGES
TO 3 BONES OUT OF PLACE, ¢ BLOOD COMING OUT OVER RIGHT
EYE CAUSE SUFFERING TO FACE, HEAD, SWELLING TO ABOVE FACE ¢
BACK ¢ NEXT N.P. OKES ATTACK, ME FORCEIBLE MOVING MY
PRESCRIBE ISSUES, BACK BRACE, ORDER BY 2- OCCUPATIONAL
THERAPY ¢ DEFENDANTS M.D. ANDOLA, THE WHOLE TIME
PLAINTIFFS ATTACK WITH EXCESSIVE FORCE I WAS IN HAND-
CUFF ¢ KEPT IN RESTRAINTS MY PRESCRIBE CANE, KNEES
BRACES, TENS UNIT, HEARING AIDS WAS STRIPPED FROM MY BODY
BY DEFENDANTS N.P. OKES ¢ HE SAID I'M ¢ CHIEF DR. MORLEY
IN ALBANY SAID TO STRIPPED ME BECAUSE OF "EXPERT DR. CARIN
C1 REPORTED IN CIVIL RIGHTS CLASS BACTION "ALLEN V. C. KOENIGSMA
AGAINST "MWAP POLICY", I WAS REFUSED ALL MEDS ¢ FOOD ¢
ALL PAIN MEDS FOR OLD INJURY ¢ NEW INJURYS, HAD BLACK ¢
BLUE BRUISES ALL OVER MY BODY ¢ FACE, IN VIOLATION OF
DELIBERATE INDIFFERENT TO SERIOUS MEDICAL NEEDS, IN
VIOLATION OF 1ST, 8TH, 14TH AMENDMENT...

72)

BACK IN BACK ~~CELL~~ CELL I COULD NOT WALK I WAS
PLACE IN WHEELCHAIR, ABOUT 20 MIN LATER I WAS
MOVE IN WHEELCHAIR TO B-BLOCK 2.2. CELL, AND
DEFENDANT SGT, GILMOUR, C.O. BLINK, C.O. M. KELLY
TOLD STAFFS IN B-BLOCK I DONT COME AT ME CELL
FOR NOTHING & DONT FEED ME NOTHING OR ELSE, IN VIOLATION
OF 8TH AMENDMENTS

91) ON OR ABOUT 6.30.21, TIME 6:30AM SICK CALL B.2.2. CELL
DEFENDANTS NURSE II OLD ZANKO MARY GOULD, & NURSE II SEDGER
BOTHS DENY ME "EMERGENCY CARE FOR MY INJURY & PAIN MEDS
AS WELL AS MY LIFE SUSTAINT MEDS FOR MY H. I.V. & FOOD
FOR 60 DAYS THIS WILFUL MISCONDUCT IS IN VIOLATION OF THE
"ACCORD WITH THE STANDARD OF THE AMERICAN BAR ASSOCIATI
ON & " THE FEDERAL GUIDELINES FOR H. I.V., ON GOING
POLICY OF DELIBERATE INDIFFERENT TO SERIOUS MEDICAL NEEDS,
IN VIOLATION OF 8TH AMENDMENTS...

92) ON OR ABOUT 7.2.2021 TIME 6:30AM SICK CALL B.2.2
CELL DEFENDANTS NURSE II SEDGER DENY ME SICK CALL FOR
PAIN MEDS & ICE FOR SWELLING TO FACE & BACK, SHE
TOLD ME TO STOP PUTTING DOWN FOR SICK CALL CAUSE I NOT
GETTING NO HELP, I WAS SUFFERING FEVER, FROM COULD
19 & COULD NOT BREATHE & BY ME HAVING A COMMUNICABLE
DISEASES & CHRONIC PAIN & ILLNESS & URGENT MEDICAL
CONDITION THAT WOULD EXACERBATED MY PAIN, IN VIOLATION OF
8TH AMENDMENTS.

93)

A PRELIMINARY INJUNCTIONS FOR NOT HAVING MY
REASONABLE ACCOMMODATION POCKET TAIKER & HEARING
AIDS AT DUE PROCESS HEARING ; PLACE IN NON →
REASONABLE ACCOMMODATION PRISONS, IN VIOLATION OF
2-FEDERAL LAWS ; STATES LAWS & CLASS ACTION LAWSUIT
SEE ("CLARKSON v. COUGHLIN") THE CLASS ; THE DEFENDANTS
(PRISON OFFICIALS) AGREED UPON THE CONSENT JUDGMENT,
WHICH THE COURT ORDERED ON JUNE 6, 1996. IN THE
CONSENT JUDGMENT, THE COURT MANDATED DOCS TO PROVIDE
REASONABLE ACCOMMODATION TO DEAF ; HARD OF HEARING
PRISONER'S IN ALL OF ITS PRISONS PURSUANT TO THE
A.D.A. & THE REHABILITATION ACT. ; TO →

HONORABLE JUDGE, PHILIP M. HALPERN, WHISTLE BLOWER
REPORT ; BEING HOUSE IN BOTHS MEDICAL UNIT ; S. H. U.
DEFENDANTS ; LAWYER ASSISTANT ATTORNEY GENERAL →
JESSICA ACOSTA-PETTYJOHNS "FABICATED A FALSE →
LEGAL DOCUMENT TO STOP PLAINTIFFS FROM getting
RELIEF SEE EXHIBITS DOCCS OWN DISCIPLINARY SANCTIONS
DATE OCTOBER. 20.2021 SPECIAL HOUSING UNIT 250 DAYS
THIS IS PATTERED AT ALL DOCCS PRISONS ; OTHER CIVIL
RIGHTS ACTIONS BY BOTHS A. A.G. J. A. PETTYJOHN ;
DOCCS PRISONS DENYING ME ACCESS TO COURT AND
ACCESS TO IMMEDIATE CHRONIC CARE DIFFERENT ILLNESSES
IN VIOLATION OF 4ST, 8TH ' 4TH Amendment.

74)

(44)

ON OR ABOUT 7.4.2021 # TIME 6.30AM SICK. CALL 1st FLOOR B.2.2. I TOLD BOTHS DEFENDANTS NURSE II Amy L. FELKER; NURSE MACH JR. WILLIAMC, DENY ME and MATTESS TO ACCOMMODATIONs on MY CHRONIC BACK 3 BONES OUT OF PLACE; HIP OUT OF PLACE; DEFENDANTS DUE TO "AN INJURY TO THE TOP OF BACK KNOTS SWELLING TO 3 DIFFERERENT AREA CENTRAL; LUMBAR REGION OF MY SPINE; THAT PLAINTIFFS SUFFERS FROM SEVERAL "DIAgnosed OF CHRONIC SPINES; LOWER-BACK PAIN; RIGHT HIP CHRONIC PAIN; MY CONDITION WAS KNOWN TO THE DEFENDANTS in PRIOR LAWSUIT; THROUGH HIS CORRECTIONAL HEALTH SERVICEs MEDICAL RECORDs; INJURYS WAS "OBSERVED" WHEN I SHOW THEM AT SICK CALL, (SEEATTACH)

(45)

PLAINTIFFS REQUESTED "A SECOND MATTRESS OR A REPLACEMENT MATTERSS BECAUSE THE SINGLE MATTER DENIED ME REST ALL DAY; NIGHT CAUSING UNBEARABLE PAIN; SUFFERING; THE OLD ONE PROVIDED TO ME CAUSED ME SERIOUS PHYSICAL PAIN → ; EXACERBATED MY PAIN TO POINT I WILL CRY FROM THE "TORTURE; OTHER CRUEL OR UNUSUAL PUNISHMENT; THE COMBINATION WITH NO HEATING; NO VENTILATION, NOISE, BY MENTAL ILLNESS OF PRISONERS MAKING LOUD SOUND ALL DAY; NIGHT, CLOTHING, LAUNDRY, BEDDING, NO PERSONAL HYGIENE SANITATION OR CLEAN UP IN 7-MONTHS DUE TO COVID-19, NO FOOD; NO EXERCISE FOR SEVERAL MONTHS; ACCESS TO COURT; PLAINTIFFS BEIN BITE BY MOUSE; INJURY NOT
(75) BEING TREATMENT AT ALL LEAD TO INFECTION OF LEFT
( SEE ATTACH )

94) REFUSED TO TREAT INFECTION OR ISSUES PAIN MEDS
OR MY LIFE SUSTAINT MEDS FOR MY CHRONIC
HIV. INFECTION; UNSANITARY, DANGEROUS, &
DEGRADING CONDITIONS PEST INFESTATION IN CELL
; UNREGULATED TEMPERATURE THIS POLICY CAUSE ME
TO END UP WITH COVID-19 & DOCCS SOUTHPORT-C.F. REFUSED TO
TREAT; PLUMBING THAT FREQUENTLY RESULTED IN OTHER
PRISONERS FECAL MATTER BUBBLING UP IN CELLS, FOUL-SMELL
ING & INADEQUATE METAL HEALTH SERVICES, & FORCE
PLAINTIFFS TO "LIVE IN CLOSE PROXIMITY TO THEIR
BODILY WASTES" FOR DAYS BEFORE ITS CLEAN UP CONSTITUTED
CRUEL; UNUSUAL PUNISHMENT, & SENIOR DEFENDANTS KNOW FROM
FACE TO FACES WEEKLY WHEN MAKING GOAROUND ON B-BLOCK
ALSO SHOWING PROOF OF MEDICAL DOCUMENT FROM ALBANY ABOUT
MY REASONABLE ACCOMMODATION; I. G.R.C. DEFENDANTS
LINDSEY M. MCALINN, (2) I.G.R.C. HANWAL OFIFER, CLIN-
PHY M. TONES, DEPUTY SUPER ADM. S. 3. A.J. KOPEC, DSP. (3)
        SEE-ATTACH
CHARLE S,; F. D.S. C.F. KEVIN M. MCCARTHY, SGT. GICMAN
ORC. BRAND, M. FOLEY, N.P., B.A. OLRES; & THE A.D.A
M/ PERSONNAL HEADPHONE THAT DOCCS MADE ME PAY
FOR WITH MY OWN MONEY WAS ALSO CONFICATE & DESTROY
& HEARING AID PART OF A CONTRABAND SEARCH BY DEFENDANTS DEORE
C/O. BLINK, IN VIOLATION OF 1ST, 8TH, 14TH, AMENDMENT


        SEE-ATTACH )

76)

[5] SINCE BY AT SOUTHPORT C.F. IT BEEN A ONGOING POLICY OF EXISTENCEING DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS ; DENY OPERATIONS ; WHEN PLAINTIFFS GOT OPERATIONS SINCE 2010 — 2017 WILL NEVER GET PAIN MEDS AFTER OPERATIONS ; DOCCS MEDICAL DEPARTMENT AT ALL PRISONS WILL USED THIS TOOL TO INRICAMENT THEM SELF ; POLICY TO SAVE MONEY ; EXHIBITS WILL SHOW THAT ALBANY CHIEF C.K. ; COMM. WILL HIRED DEFENDANTS DR. N.P. NURSE THAT HAD RECORD OF BEING GUILTY OF WILFUL PROFESSIONAL MISCONDUCT AT OTHER HOSPITAL ; EMERGENCY ROOM ; OLD PERSON CENTER ; THEIR OWN HISTORIES OF MISCONDUCT ; MALPRACTICE FROM OTHER LAWSUIT LIKE "MWAP POLICY" ; PLAINTIFFS IS REQUESTING THE COURT IS GRANTING PERMISSIVE INTERVENTION UNDER RULE (246) DUE TO FACT PLAINTIFFS HAS COVID-19 ; H.I.V. ; OTHER ILLNESSES ; SECONDARY INFECTION WITHOUT ANTIBIOTICS ; PLAINTIFFS RIGHT HAND WITH METAL ROD BUST OPEN ; FINGERS ON HAND OPEN UP ; NOT RECEIVEING TREATMENTS ( SEE ATTACH )

COVID-19 ; H.I.V. VIRUS RUN ITS DEADLY COURSE CAUSE PLAINTIFFS TO FELL ; HIT IS HEAD ; BODY AGAINST GATES AT SOUTHPORT C.F. ; MY-SELF ; OTHER PRISONERS ARE UNABLE TO TAKE CARE OF OUR SELF WITHOUT ASSISTANCE ; VIRUS(S) EQUAL OPPORTUNITY TO KILLER THAT TOOK HEALTH ADULTS AT ABOUT THE SAME RATE IT DID

[6] ( SEE ATTACH

CHILDREN ... ... ... ... SUFFERING
; THE OUTBREAK," NO RESPIRATORY OR BREATING DEVIS ES TO
[M] EASY OUR PAIN ; SUFFERING FROM SEVERAL INFECTION ; NO SPECIALIST
OR CONSULTED IN THAT FILED ; EXTENDED INTERNAL
BLEEDING FROM NOT HAVING COLONOSCOPE ; INTERNAL
HEMORRHONS ; CHRONIC LIVER DISEASE ; PORTAL →
HYPERTENSION, DOCCS REFUSED TO DUE FOLLOW UP — —
SINCE 2008 WHEN EVERY A SPECIALIST ORDER SOMETHING
DOCCS USED UNCONSTITUTIONAL DEPRIVATION POLICY SAYING
THAT THEY HAVE THE LAST SAY SO IF WE GET TREATMENT
OR NOT OVER 500 GRIEVANCES SINCES 2008 ∗ SEE FEDERAL
COURT RECORDS FROM "CRICHLOW-VS-FISCHER, ET.AL.
11. CIV.883 (CM) (CM) 9.14.11. PAGES(2) PARAG(1-7)


98)                    "BACKGROUND"

THE ORIGINAL COMPLAINT IN THIS ACTION WAS APPROXIMATELY
300 PAGES LONG, NAMED APPROXIMATELY 98 INDIVIDUAL'S AS
DEFENDANTS AND WAS DIFFICULT TO COMPREHEND, PLAINTIFFS
ALLEGED THAT ON NUMEROUS OCCASIONS, CORRECTION OFFICERS
DENIED him ADEQUATE MEDICAL CARE AND DID NOT ACCOMMODATION
HIS HEARING DISABILITY, BUT HE did NOT CLEARLY STATE WHERE
OR WHERE THE WRONGFUL CONDUCT OCCURRED OR WHO WAS INVOLVED.
"NEARLY ALL OF THE PAGES OF THE COMPLAINT WERE PHOTOCOPIES
OF PLAINTIFFS INTERNAL GRIEVANCES ; CORRESPONDENCE WITH
CORRECTION OFFICERS AND LAWYER AND HE DID NOT ALLEGE HOW
THOSE EXHIBITS WERE RELEVANT TO HIS LEGAL CLAIMS.

PLAINTIFF ALLEGES IT IS A FACT HE WAS BORN WITH
77) A LEARNING DISABILITY ; HAS A 69. POINT. 3 GRADE

READING, WRITING, LAW AND HELP ME OUT, TRY TO LOOK AT LAW CASES OR GETING WORD OUT OF BOOK TO TRY TO HELP ME OUT CAUSE I DONT UNDERSTAND. BECAUSE my mind NEVER RECEIVED MENTAL TREATMENT & BY NOT GET meds I LOSS FOCUS & CANT REMEMBER WHERE OR WHAT Im WRITEING cause OF my MENTAL ILLNESS BAD AW DOCCS NEVER TREAT IT ONLY WHEN I TRY TO KILL my-SELF. BOTHS DAYS' CALL ° MENTALLY DETERIORATED ° LAW CASE CIVIL WHEN PRISONER TELL ABOUT THEM SELF HELP me LIL BIT, SINCE BEING AT SOUTHPORT. C.F. I HAVE NOT SHOWER SINCE EASTERN. CF CAUSE IT HARD TO MOVE WITHOUT BOTHS KNEES BRACES, CANE, & BACK BRACES NO REC, ° SOMETIME NO FOOD AT ALL, AND SOMEWEEK THEY GIVE me ONE MEAL A DAY THIS IS DAILY, . AS A RETALIATION FROM REPORT STAFFS misconduct. AT ALL DOCCS PRISONS SINCE 2008,

99) ON OR ABOUT OCT. 20. 21 DOCCS "MEMORANDUM" SHOWING PROOF OF "RACKETEER INFLUENCED ° CORRUPT ORGANIZATIONS ACT ("RICO") 18 U.S.C. §§ 1961-1967 SEE EXHIBITS "VACCINATION INCENTIVE" STATE OF NEW YORK DEFENDANTS BOSS A.J. NOTORIOUS ANNUCCI USED EX GOVERNOR ANDREW M. CUOMO DOCCS USED THE FEDERAL MONEY FROM THE COVID-19 BILL TO INRICHMENT HIMSELF & OTHER BY ONLY GIVE PRISONERS AT EVERY PRISONS $10.00 DOLLAR, OUT OF $100.00 DOLLARS & BOY PUTTING $90.00 DOLLARS IN DOCCS POCKET... EVERY PERSON IN REAL WORLD RECEIVED $100.00 DOLLAR. IN VIOLATION OF 18 U.S.C. 1960-1967 AT (1) (2) (3) 4) 5) 6) (7) ALL PLAINTIFFS INJURED ARE IN ABOVE CIVIL RIGHT ACTION ° CONSPIRACY 1962 (d) IN VIOLATION ᴿᴵᶜᴼ 18) 1ST, 8TH, 14TH, AMENDMENT..

MY PUNITIVE DAMAGES IS SUM OF $1,000.00
IS TO PUNISH DEFENDANTS & TO SET A EXAMPLE TO
DISCOURAGE OTHER & DEFENDANTS FROM ILLEGALLY
& REFRAIN FROM FUTURE BAD ACT...

(01)
COMPENSATORY DAMAGES TO FIX & MAKE ME WHOLE
AGAIN & TO BE ISSUES ALL OF MY ACCOMMODATION
& MEDICAL DEVISE & FIX ALL OF HEALTH NOW & TO
GET PAIN MEDS FOR ALL OF MY PAIN & CARE, ALL BRACES
& TO PAY FOR PASS PAIN & SUFFERED & FUTURE PAIN &
SUFFERING IN SUM OF $300.000...

(02)
& ALL FALSE MEDICAL & MISBEHAVIOR REPORT & FALSIFIED
LEGAL DOCUMENT REMOVED FROM PLAINTIFFS FOLDER &
WENT ALL MISBEHAVIOR REPORTS EXPUNGED & ERASED
FROM MY PRISON RECORDS & PUT ON MEDICAL UNASSIGNED
IN MY FOLDER & MEDICAL RECORDS FROM -2008-2024 &
MOVE TO SAFE PRISON BY N.Y.C. SING. SING. C.F. OR
55 YEAR OLD HANDICAPP PRISONS, & MEDICAL
CONTROL-A-DIET & 2-AM BOOST & 2PM BOOST
OR DOUBLE PORTION INTO MY WEIGHT IS BACK
AT 187 POUNDS

( SEE ATTACH )

79)

103)            " JURY DEMANDS "

PLAINTIFFS DEMAND A TRIAL BY JURY IN THIS
ACTION EXHIBITS (A),(B),(C) SHOW PROOF OF
my CLAIMS...

104) ENTER JUDGMENT IN FAVOR OF THE PLAINTIFFS
FOR NORIMAL DAMAGES & COMPENSATORY DAMAGES &
PUNITIVE DAMAGES AS ALLOWED BY LAW(S) SUEING
ALL OF DOCCS DEFENDANTS EACH IN HIS & HER →
INDIVIDUAL CAPACITIES & OFFICIAL CAPACITIES,
ALSO INJUNCTION TO RECEIVED HEALTH CARE &
RECEIVED ALL OF my REASONABLE ACCOMMODATIONS &
TO BE MOVE RIGHT NOW!! & MONEY DAMAGES
IN THE SUM OF $3.000.000 (THREE-MILLIONS
DOLLARS)...

105) "FOR MENTAL ; PHYSICAL SUFFERING & EMOTIONAL
INJURYS DISTRESS & FUTURE MEDICAL EXPENSES
FOR WAGES LOST ALSO FOR WHAT I MIGHT FACE IN
FUTURE PAST & FUTURE PAINS & SUFFERING
TO

106) TO SHOW AT WHAT STAGES OF LIABILITY IS
ON EACH OF ALL DEFENDANTS

( SEE ATTACH)

80)

107) AWARDING ANY & SUCH OTHER RELIEF AS
THIS COURT MAY DEEM JUST & PROPER.
" "PLAINTIFF REST IS CASE"

" ONLY A STRUCTURED SETTLEMENT "

DATED.
NOV. 17.2021
PLAINTIFFS FEAR FOR HIS
LIFE & STILL IN IMMINENT
DANGER DUE TO COVID-19
& H.V.

" RESPECTFULLY
PRO-SE PLAINTIFFS
KEVIN D. CRICHLOW
08A3511 / S.HV.B.22c
SOUTHPORT.C.F
238 BOB MASIA DRIVE
P.O. BOX-2000
PINE CITY. N.Y. 14871-2000

SUPPLEMENTAL # (1) AMEND-COMPLAINT
IMMINENT DANGE:
WHISTLE BLOWER #
21-CV-0692(DNH/TWD):

PRO-SE+ NATIVE OF SACHEM
TRIBE WIYANDANCH INDIAN
NATIONS, KEVIN D. CRICHLOW #
INDIVIDULLY; ON BEHAIF OF ALL
OTHER SIMILARLY SITUATED, EQUAL
PROTECTION RIGHTS UNDER A-
CLASS-OF-ONE, ; WRONGFUL-
CONFINEMENT IS S.H.V. FOR
YEARS 96 MONTHS#

PART II OF
FIRST AMEND-
COMPLAINT:

- VS -
ACTING BOSS ANTHON J. NOTORIOUS
ANNUCCI ; OF THE DOCCS CRIME
FAMILY; " " DIRECTOR, S.H.V.
DONALD A.K.A. DONINFORCER"
VENETTIOTI, ET.AL.

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC - 9 2021
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

"PLAINTIFFS, ALLEGEDS, PATTERND OF EXISTENCEING (109)
ONGOING POLICY OF TORTURE ; OTHER CRUEL, ;
INHUMAN ; DEGRITION TREATMENTS ; WILLFUL
MISCONDUCT AT ALL OF DOCCS PRISONS. ; A PATTERND
OF INADEQUATE NUTRITION ; DELIBERATE INDIFF-
ERATE TO ALL OF HIS SERIOUS MEDICAL NEED.
A) SEE
ATTACHMENT: →

PAIN; ALL MEDICAL ISSUES, PHYSICAL CHRONIC PAIN; ALL MEDICAL ISSUES, →

REASONABLES ACCOMMODATIONS CANE, ALL BRACES, KNEES, BACK, ; ELBOW ; HAND ; THUMB ; DISCONTINUED HEADPHONE, HEARING AIDS WITH BATTERIES, ; HEARING IMPAIRED SIGN ON MY CELL, ; PREFERRED SEATING, ; A SHAKE AWAKE ALARM, ; J-PAY TABLET WHICH ALSO VIOLATION OF F.R.A. 1973 ; A.D.A. 1990# ; INADEQUATE DENY NUTRITION, H.I.V., ; AIDS OTHER PRISONER(S) UNWEIGHT ARE ALWAS CUT-OFF BECAUSE LIFE SUSTAIN MEDS ; NUTRITION BOOST OR ERASURE ; NERVE PERMANTLY DAMAGES TO THE POINT SOMEBODY PART ARE CRIPPLED, ; PAIN MEDS ; NERVES DAMAGES PILLS NEURONTIN ; BOOST → NUTRITION FOR H.I.V. POSITVE MY-SELF ; OTHER SUFFERING FROM WEAKENED IMMUNE SYSTEM, ; OTHER ILLNESSES, AND "IMMED IATE RISK OF DANGER TO MY HEALTH ; WELL BEING →

2)     SEE ATTACHMENT →

PRESCRIBED ORDER AND ALL DENTAL CARE WAS CUT-OFF JUST TO SAVE MONEY & NOW I HAVE COVID-19 ; IS IN NEED OF UNGENICY CARE, & DOCCS POLICY ONGOING "BLUE PRINT FOR LAW ; ORDER & JUSTICE THROUGHOUT DOCCS": ONGOING POLICY PATTERED AT ALL EXISTENCEING PRISONS TO INADEQUATE DENY PRISONERS HEATS, WHEN IT COLD ; NO PROTECTIONS FROM EXTREME TEMPERATURE IN BOTHS S.H.U. OR GENERAL POPULATIONS ; BOTHS ARE EXPOSURE RAW WILD, RAW ; COLD & ARE INADEQUATE DENY CLOTHING ; BEDDING " IN SOLITARY CONFINEMENT 96 MONTHS AT ALL PRISON; WILLFUL INTENTIONALLY SUBJECT THEY MY-SELF : OTHERS TO BITTER COLD FOR MONTHS LIKE RIGHT NOW NOV. 27. 2021 FREEZING TEMPERTURES, NO WINTER CLOTHING WITHOUT JACKET OR BLANKETS ; WHILE GUARDS ON VIDEO-TAPE WARNED → THEY OWN JACKETS ; HATS ; HAD HEAT ; HEATER IN BUBBLE ; HAD TO WRITE OR SLEEP CAUSE ONCE COLD GET INTO MY BONES THAT ARE DAMAGES ITS PAINFUL & CHRONIC SORENESS IN BONES ; HAS UNBEARABLE PAIN, & ALL AREA WEAR AT WORK GOT HEAT ONLY BLOCK HEAT IS CUT-OFF

3)

; THIS TORTURE POLICY ongoing →
DELIBERATE CRIMINAL ACTIVITY ¿ PATTERNED
OF COMMISSION OF TWO OR MORE BADD-ACTS
¿ CONSPIRED TO SAVE MONEY ¿ WHEN SENIOR
STAFFS WALK AROUND BLOCK ¿ WE ASK ABOUT
HEAT THEY TOUCH HEATER THEN SAY ON VIDEO-TAPE
THAT THE HEAT ON HIGH WHERE ITS NOT THIS
¿ PATTERNED OF VIOLATION OF 18-U.S.C.
1960-1967 RICO ACT # ALL SO PATTERNED
OF DUE PROCESS ¿ 120 DAY OVER MY →
RELEASED DATED FROM BOTHS S.H.U. ¿ LONG
TERM KEEP LOCK IN VIOLATIONS OF EQUAL-
PROTECTION ¿ DUE PROCESS ¿ LOSS OF PROPERTY ¿ LOSS
OF LIBERTY ¿ FREEDOM OF RELIGION IN VIOLATIONS OF
MY 1ST, 8TH, 14TH AMENDMENTS...

        SEE ATTACHMENT

3)

FIVE POINT. C.F.

109) ON OR ABOUT 8.29.15 — 4.15.16. AT S.H.U. 12-A-1-07CELL & DEFENDANTS C.O. Flich Would DAILY ; ~~INADE~~ INADEQUATE REFUSED A PRION PRESCRIBED ORDER 3 TIMES A DAY MY CONTROL-A-DIET ; WE WILL WORK BOTHS TOURS 7AM TO 3PM ; THEU 3PM TO 11PM ; HE WILL TELL OTHER DEFENDANTS C.O. CLARK ; JANE-DOE (1) C.O. S.K. FAT WHITE ABOUT 6 FEET 1 INCH, THAT ALSO DO$ PACKAGES ; PACK UP PRISONERS FOR TRANFSER, NEVER TO FEED ME CAUSE OF A PATTERNED OF GRIEVANCES I FILED AGAINST HIM ; OTHER STAFFS FOR WILLFUL misconduct, PLAINTIFFS lost over 20 pounds ; Could HAVE DIE CAUSE OF IS H.I.V. ; OTHER ILLNESS A ONGOING POLICY OF IMMINENT DANGER ALL DELIBERATE INDIFFERENCE, IN VIOLATION OF DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS

110) ON OR ABOUT 8.29.●●15 1ST FLOOR 12-BLOCK NURST STATION TIME 1:45PM N.P. K. SALOTTI, N.P. → WRIGHT ; NURSE KIRSTEN STANTON, DAILY CUT OFF ALL OF MY HEALTH CARE BY N.P. K. SALOTTI, N.P WRIGH ; NURSE K. STANTON TELL me THAT BY CUTING OFF MY ● LIFE SUSTAIN meds WENT TO SEE HOW

4)

"Is effect my body, plaintiff's, suggest that I need urgent life saving treatment; they was in violation of boths F.R.A. & A.D.A.; By discontinue my prescribed medications; they fail to follow the federal guideline for H.I.V.; also not in accord with the standards of the american bar association; they "policy ongoing at every prisons, is one or regulary disregarding medical recommendation concerning proper treatment; defendants was acting outside the scope of their employment, & my meds; pain pill, affects my daily activities; existence of chronic; substantial pain "." my serious medical needs is a condition of urgency & one that may produce death, degeneration, extreme pain." deliberate indifference, in violation of 1st, 8th, 14th amendments for 60 days

111) On or about 10-27-15 2nd floor 9:00am Tier II defendants Lt. Lil man Giannino, was doing a due process hearing from a fabrication by boths defendants C.O. Clark, & C.O. S.K. female, retaliation by wilful misconduct after I filed patterned of grievances, also at every hearing defendants Lt. Giannino will denied me my right to participate in my hearing when I ask for my reasonable accommodation & he Lt. (G) will become belligerent & deny me "relevant

5) Documentary ( see - attach ) →

EVIDENCE, I TOLD ME I NEED MY ACCOMMODATION
"POCKET TALKER"; HEARING AIDS BATTERIES;

SYSTEM A ROOM AMPLIFIER" CAUSE I COULD NOT UNDER
STAND OF WHAT WAS GOING ON, HE KICK ME OUT
OF HEARING OVER 25 TIMES; ; HEARING PACKAGE
; TAPE RECORDED WILL BE BLANK SO ON MY
APPEALS I WILL ALWAYS POINTS TO, DOCCS OKAY
"; CHAPTE V, STANDARDS BEHAVIOR ; ALLOWANCES
DATE 1, $20/16 pages 7 OF 19 AT ( 2 52.4, INMATES
WITH LIMITED ENGLISH PROFICIENCY (LEP) AND
SENSORIALLY Disabled INMATES..
#12)

PARAG → 5 - 7) "A HEAD OF HEARING INMATE WHO
USES AN AMPLIFIER OR OTHER DEVICE AS A REASONABLE
ACCOMMODATION MUST HAVE THE OPPORTUNITY TO USE
SUCH DEVICE DURING THE HEARING. DIR# NO # 4932 #

; POINT TO DOWN DIR 2612 ; 2614 BOTHS ARE REASONABLE
ACCOMMODATIONS. ; TO 3138. INSTITUTIONAL RULE AND
REGULATIONS FOR INMATES AT ALL CORR, FAC AT 4.

"
INMATE SHALL NOT BE DISCIPLINED FOR MAKING WRITTEN
OR ORAL STATEMENTS, DEMANDS, OR REQUEST INVOLVING
A CHANGE OF INSTITUTIONAL CONDITIONS, POLICIES, RULES,
REGULATIONS, OR LAWS AFFECTING AN INSTITUTION..
; ALL DEFENDANTS SHU VENETTIOTI, SHU, RODRIGUEZ, LT.
6) GIANNINO, CHO RANIEN, NURSE · II K, STATION,
C.O. CLERK, C.O. S.K., LT. TUCKER, DENTAL T. OSINSKI,

113) DEFENDANTS FABRICATED FALSE EVIDENT; WRONG FUL CONFINEMENT TO COVER UP HIS; HER OWN MISCONDUCT IN S, H, U, ON VIDEO-TAPES FROM 2015 — 2020, A PATTERNED OF DUE PROCESS IN VIOLATIONS; UN-TIMELY UNDER DOCCS OWN REGULATION SEE 7NYCRR 251-5, [A]; DENY "RELEVANT TESTIMONY FROM MY WITNESSES, BY NOT CALL NO WITNESSES, IN VIOLATION OF 1ST, 8TH, 14TH AMENDMENTS.

114) ON OR ABOUT 10.1.2015 = 2020 12-BLOCK 1STFLOOR TIME 1:00PM HEARING ROOM, DEFENDANTS CHO RANIEN WOULD DENY ME MY REASONABLE ACCOMMODATION THE "POCKET TALKER AT SERIES OF 10 HEARING OF TIRE III; WHEN AT 5 HEARING I HAD POCKET TALKER; WILL SHOW PROOF OF FALSE; FABRICATED EVIDENTS CHO. RANIEN WILL SAY I KNOW YOUR INNOCENT BUT I HAVE TO FOUND YOU'LL GUILTY CAUSE IT WILL NOT LOOK RIGHT IF I LET YOU'LL GO, I ALWAYS RECEIVED MAXIMUM PENALTY; ALL OF MY DISCIPLINARY ACTION WAS BECAUSE I'M A "WHISTLE-BLOWER; ALWAYS WAS ARBITRARY; CAPRICIOUS AND WAS ADMINISTED FOR THE PURPOSE OF CORPORAL PUNISHMENT; RETALIATION; REVENGE, DATED OF HEARING 1.21.16, 6.16. 16; 7.11.16; 7.28.16, 4.11.17; 9.6.17, 6.26.19 REST OF DATED 5.6.20, 6.21.19, 10.2.19, 3.6.20, ALL TOGETHER FROM 6.19.14 — 2021 ABOUT 60 HEARING ONLY HAD POCKET TALKER AT (5) HEARING; I COULD NOT UNDERSTAND FULLY 7 OF WHAT WAS GOING ON; UNDER THE A.D.A.